# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,

v.

HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 06 7809

WDB

TO: (Name and address of defendant)
John W. Schlendorf, Jr.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DEC 2 0 2006
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ see attached | 12/30/06   12:30 PM |
| Name of SERVER  MARIANNE COULSON   for list of additional documents | TITLE  REGISTERED CALIFORNIA PROCESS SERVER |
| Check one box below to indicate appropriate method of service | CONTRA COSTA/#653 |

[X] Served Personally upon the Defendant. Place where served: JOHN W. SCHLENDORF, JR. AT 109 RAVEN COURT, DANVILLE, CA 94526

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $70.00 | ~~$0.00~~ $70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/02/07
Date

Signature of Server

ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
Address of Server   925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

CENTURY 21 REAL ESTATE v. HERITAGE REAL ESTATE, et al.
CASE NO. C 06-07809 WDB

Attachments to Summons and Complaint – continued:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

2. STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL;

3. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

4. ECF REGISTRATION INFORMATION HANDOUT;

5. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;

6. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE** REAL ESTATE, INC.;

7. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.**;

8. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF**;

9. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL**;

10. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT **AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

14. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

15. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.;**

16. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

17. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

18. **COMBINED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOUR (4) APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF, AND SERETA CHURCHILL;

19.  **DECLARATION OF GARY J. LORCH** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL;

20.  **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL