# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>V.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>E-Filing<br><br>C 06 7809<br><br>WDB |

TO: (Name and address of defendant)

Sereta Churchill

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  DEC 2 0 2006

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] see attached | 12/31/06    10:37AM |
| Name of SERVER<br>KENNETH L. FOSTER — for list of additional documents | TITLE REGISTERED CALIFORNIA PROCESS SERVER<br>CONTRA COSTA/ #591 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: BY SERVING SERETA CHURCHILL BY LEAVING WITH ALLISON BRAY, RECEPTIONIST AT 8 CAMINO ENCINAS, ORINDA, CA, 94563

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $150.00 | $150.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/07
*Date*

Signature of Server
ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
Address of Server 925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

| Attorney or Party without Attorney: GARY J. LORCH ESQ, Bar #119989<br>GORDON & REES<br>633 WEST FIFTH STREET, STE 4900<br>LOS ANGELES, CA 90071<br>Telephone No: 213-576-5000   FAX No: 213-680-4470 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: RLGY-1041334 |

Insert name of Court, and Judicial District and Branch Court:
United States County Northern Court District Court Branch

Plaintiff: CENTURY 21 REAL ESTATE
Defendant: HERITAGE REAL ESTATE

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: C067809WDB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT , SEE ATTACHED LIST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Jan. 03, 2007
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     SERETA CHURCHILL
                                8 CAMINO ENCINAS
                                Orinda, CA 94563

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jan. 03, 2007 in the ordinary course of business.

5. Person Serving:
   a. REBECCA MOORE
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $150.00
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.: 641
      (iii) County: Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jan. 03, 2007                                    (REBECCA MOORE)

Judicial Council Form                    PROOF OF SERVICE                         gordgl.5192
Rule 982.9.(a)&(b) Rev January 1, 2007       By Mail

CENTURY 21 REAL ESTATE v. HERITAGE REAL ESTATE, et al.
CASE NO. C 06-07809 WDB

Attachments to Summons and Complaint – continued:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**;

2. **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL**;

3. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**;

4. **ECF REGISTRATION INFORMATION HANDOUT**;

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**;

6. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.**;

7. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.**;

8. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF**;

9. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL**;

10. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT **AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

14. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

15. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.;**

16. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

17. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

18. **COMBINED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOUR (4) APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF, AND SERETA CHURCHILL;

19. **DECLARATION OF GARY J. LORCH** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL;

20. **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL