CALVIN E. DAVIS (State Bar No. 101640)
Email: cdavis@gordonrees.com
GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
LISA K. GARNER (State Bar No. 155554)
Email: lgarner@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. C 06-7809 WDB<br><br>**[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANT SERETA CHURCHILL**<br><br>Date:   February 14, 2007<br>Time:  2:30 p.m.<br>Crtm:  4 – 3rd Floor |

CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
GORDON & REES LLP
633 West Fifth St., Suite 4900
Los Angeles, CA 90071
TELEPHONE NO.: (213) 576-5000   FAX NO.: (213) 680-4470
ATTORNEY FOR (Name): Plaintiff CENTURY 21 REAL ESTATE LLC

NAME OF COURT: United States District Court, Northern District
STREET ADDRESS: 1301 Clay St., Suite 400 S
MAILING ADDRESS: Oakland, CA 94612-5212
CITY AND ZIP CODE:
BRANCH NAME: Oakland Branch

PLAINTIFF: CENTURY 21 REAL ESTATE LLC

DEFENDANT: HERITAGE REAL ESTATE, INC., et al.

☒ **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**
☐ **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING**

CASE NUMBER: C 06-7809 WDB

1. a. The application of plaintiff (name): CENTURY 21 REAL ESTATE LLC
      for ☒ a right to attach order and order for issuance of writ of attachment
          ☐ an order for issuance of additional writ of attachment
      against the property of defendant (name): SERETA CHURCHILL, an individual
      came on for hearing as follows:
      (1) Judge (name): Wayne D. Brazil
      (2) Hearing date: February 14, 2007    Time: 2:30pm   ☐ Dept.:   ☐ Div.:   ☒ Rm.: 4
   b. The following persons were present at the hearing:
      (1) ☒ Plaintiff (name): Century 21 Real Estate        (3) ☒ Plaintiff's attorney (name): Gary J. Lorch
      (2) ☒ Defendant (name): Sereta Churchill              (4) ☒ Defendant's attorney (name):

**FINDINGS**

2. THE COURT FINDS
   a. Defendant (specify name): SERETA CHURCHILL   is a ☒ natural person   ☐ partnership
      ☐ unincorporated association   ☐ corporation   ☐ other (specify):
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based. e. The amount to be secured by the attachment is greater than zero.
   f. ☐ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   9. ☐ The following property of defendant, described in plaintiff's application
      (1) ☐ is exempt from attachment (specify):

      (2) ☐ is not exempt from attachment (specify):

   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) ☐ is exempt from attachment (specify):

      (2) ☐ is not exempt from attachment (specify):

   I. ☐ An undertaking in the amount of: $           is required before a writ shall issue, and plaintiff
       ☐ has  ☐ has not filed an undertaking in that amount.
   j. A Right to Attach Order was issued on (date):                               pursuant to
       ☐ Code of Civil Procedure section 484.090 (on hearing)  ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ Other (specify):

CV-4B(12/03)
(AT-120 [Rev. January 1, 2000])
**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**
Code of Civil Procedure §§ 482.030, 484.090
Page one

American LegalNet, Inc. | www.USCourtForms.com

| SHORT TITLE: CENTURY 21 REAL ESTATE v HERITAGE REAL ESTATE, et al. | CASE NUMBER: C 06-7809 WDB |
|---|---|

## ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name)*: SERETA CHURCHILL
      in the amount of: $
   b. ☐ The property described in items 2g(l) and 2h(l) of the findings is exempt and shall not be attached.
   c. The clerk shall issue  ☒ a writ of attachment  ☐ an additional writ of attachment in the amount stated in item 3a
      ☐ forthwith  ☐ upon the filing of an undertaking in the amount of: $
      (1) ☐ for any property of a defendant who is not a natural person for which a method of levy is provided.
      (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.01 0, described as follows *(specify)*:
          All accounts receivable, chattel paper, deposit accounts, documents of title, equipment, farm products, general intangibles, inventory, personal property, real property, motor vehicles, negotiable and other instruments, securities, safe deposit boxes, property subject to pending actions, final money judgments, and personalty in estates of decedents.

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify)*:

      (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:

   d. ☒ Defendant shall transfer to the levying officer possession of
      (1) ☒ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☒ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession *(specify)*:

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☐ Other *(specify)*:

   f. Total number of boxes checked in item 3: 2

Date: ▸ _____
(SIGNATURE OF JUDGE OR MAGISTRATE JUDGE)

_____
(TYPE OR PRINT NAME)

RLGY/DV14B4(12/06)(12103)   **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**   Page two

American LegalNet, Inc.
www.USCourtForms.com