CALVIN E. DAVIS (State Bar No. 101640)
Email: cdavis@gordonrees.com
GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
LISA K. GARNER (State Bar No. 155554)
Email: lgarner@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,

Plaintiff,

vs.

HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,

Defendants.

Case No. C 06-7809 WDB

**DECLARATION OF GARY J. LORCH IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL**

Date: February 14, 2007
Time: 2:30 p.m.
Crtm: 4 – 3rd Floor

I, Gary J. Lorch, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted to the bar of this Court. I am a partner in the firm of Gordon & Rees LLP, attorneys of record in this action for Plaintiff Century 21 Real Estate LLC ("Century 21"). I am one of the attorneys at Gordon & Rees with primary responsibility for the representation of Century 21 in this

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

case. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently under oath as to all such facts.

2. I personally have reviewed each of the four (4) "Century 21® Real Estate Franchise Agreements" attached to the Declaration of Debbie Iuliano, filed concurrently herewith. Each of those Franchise Agreements includes an "attorney's fees" provision pursuant to which the prevailing party is entitled to recover all litigation costs and expenses, including attorney's fees, in any action brought to enforce the terms and conditions of the Franchise Agreement. The pertinent paragraphs of the respective Franchise Agreements at which the attorney's fees provision is found are set forth below for the Court's convenience:

First Franchise Agreement (Exhibit C to Ms. Iuliano's Declaration): page 37, paragraph 20;

Second Franchise Agreement (Exhibit K to Ms. Iuliano's Declaration): page 37, paragraph 20;

Third Franchise Agreement (Exhibit P to Ms. Iuliano's Declaration): page 37, paragraph 20; and

Fourth Franchise Agreement (Exhibit V to Ms. Iuliano's Declaration): page 37, paragraph 20.

3. Century 21 currently is being charged the following hourly rates by Gordon & Rees in this case: $335 for partners; $265 for associates; and $150 for paralegals.

4. I estimate that Century 21 will incur attorney's fees of not less than $77,750, through judgment, in this action. This amount includes, but is not limited to, the drafting of the Complaint, preparation of the Application for Right to Attach Order and related supporting Declarations, preparing for and participating in the Rule 26 Meeting of Counsel, propounding written discovery (interrogatories, requests for admissions, and document requests), responding to discovery propounded by Defendants, preparing a motion for summary judgment, and

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

preparing for and conducting trial. In addition, I estimate that Century 21 will incur costs of not less than $6,000, which includes, but is not limited to, the initial filing fee, service of process fees, and fees for depositions.

Executed this 27th day of December 2006, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

GARY J. LORCH

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/103644v.1

-3-

DECLARATION OF GARY J. LORCH IN SUPPORT OF APPLICATIONS
CASE NO. C 06-7809 WDB