# EXHIBIT A



## California Business Portal
### Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of NOV 10, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| HERITAGE REAL ESTATE, INC. |||
| **Number:** C0635566 | **Date Filed:** 10/1/1971 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 3249 MT DIABLO BLVD #101 |||
| LAFAYETTE, CA 94549 |||
| Agent for Service of Process |||
| JOHN W SCHLENDORF JR |||
| 3249 MT DIABLO BLVD STE 101 |||
| LAFAYETTE, CA 94549 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Exhibit A – Page 20

**EXHIBIT B**

Westlaw.

**FICTITIOUS BUSINESS NAME RECORD**

```
                    Information Current Through:08-31-2006
                    Database Last Updated:11-03-2006
                    Update Frequency:MONTHLY
                    Current Date:11/16/2006
                    Source:CONTRA COSTA County, CA
```
**BUSINESS INFORMATION**

```
                    Name:CENTURY-21 HERITAGE REAL ESTATE
                    Address:3249 MT DIABLO BLVD
                    LAFAYETTE, CA 94549
                    County:CONTRA COSTA
```
**FILING INFORMATION**

```
                    Filing Date:08/22/2000
                    Identification Number:005576-00
                    Business Type:CORPORATION
```
**OWNER INFORMATION**

```
                    Name:HERITAGE REAL ESTATE INC
```

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FICTITIOUS BUSINESS NAME RECORD

```
                    Information Current Through:08-31-2006
                    Database Last Updated:11-03-2006
                    Update Frequency:MONTHLY
                    Current Date:11/16/2006
                    Source:CONTRA COSTA County, CA
             BUSINESS INFORMATION

                    Name:HERITAGE REAL ESTATE
                    Address:3249 MT DIABLO BLVD #101
                    LAFAYETTE, CA 94549
                    County:CONTRA COSTA
             FILING INFORMATION

                    Filing Date:01/13/1998
                    Identification Number:000227-00
                    Business Type:CORPORATION
             OWNER INFORMATION

                    Name:**HERITAGE** REAL ESTATE INC


        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
         to order copies of documents related to this or other matters.
                         Additional charges apply.
```

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.