CALVIN E. DAVIS (State Bar No. 101640)
Email: cdavis@gordonrees.com
GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
LISA K. GARNER (State Bar No. 155554)
Email: lgarner@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. C 06-7809 WDB<br><br>**PROOF OF SERVICE**<br><br>Date:  February 14, 2007<br>Time:  2:30 p.m.<br>Crtm:  4 – 3rd Floor |

**TO THIS HONORABLE COURT**:

Attached hereto as Exhibits A, B, C & D, respectively, are true and correct copies of the executed Summonses for Defendants Heritage Real Estate Services, Inc., John W. Schlendorf, Jr., Susanna Schlendorf and Sereta Churchill (referred to collectively as "Defendants") which reflect not only service of the Summons and Complaint, but service of the following documents as well on Defendants:

1. Order Setting Initial Case Management Conference and ADR Deadlines;
2. Standing Order U.S. Magistrate Judge Wayne D. Brazil;
3. Notice of Assignment of Case to a United States magistrate Judge for Trial;
4. ECF Registration Information Handout;
5. Dispute Resolution Procedures in the Northern District of California;
6. Notice of Application and Hearing for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Heritage Real Estate, Inc.;
7. Application for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Heritage Real Estate, Inc.;
8. Proposed] Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Heritage Real Estate, Inc.;
9. Notice of Application and Hearing for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant John W. Schlendorf, Jr.;
10. Application for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant John W. Schlendorf, Jr.;
11. [Proposed] Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant John W. Schlendorf, Jr.;
12. Notice of Application and Hearing for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Susanna Schlendorf;
13. Application for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Susanna Schlendorf;
14. [Proposed] Right to Attach Order and Order For Issuance of Writ of Attachment against Defendant Susanna Schlendorf;

PROOF OF SERVICE
CASE NO. C 06-7809 WDB

15. Notice of Application and Hearing for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Sereta Churchill;

16. Application for Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Sereta Churchill;

17. [Proposed] Right to Attach Order and Order for Issuance of Writ of Attachment against Defendant Sereta Churchill;

18. Combined Memorandum of Points and Authorities in Support of Four (4) Applications for Right to Attach Orders and Orders for Issuance of Writ of Attachment against Defendants Heritage Real Estate, Inc., John W. Schlendorf, Jr., Susanna Schlendorf, And Sereta Churchill;

19. Declaration of Gary J. Lorch in Support of Plaintiff's Applications for Right to Attach Orders and Orders for Writ of Attachment against Defendants Heritage Real Estate, Inc., John W. Schlendorf, Jr., Susanna Schlendorf And Sereta Churchill; and

20. Declaration of Debbie Iuliano in Support of Plaintiff's Applications for Right to Attach Orders and Orders for Writ of Attachment Against Defendants Heritage Real Estate, Inc., John W. Schlendorf, Jr., Susanna Schlendorf and Sereta Churchill.

Dated: January 9, 2007

CALVIN E. DAVIS
GARY J. LORCH
LISA K. GARNER

By: _____
GARY J. LORCH
Attorneys for Plaintiff CENTURY 21 REAL ESTATE LLC

RLGY/1041334/104256v.1

-3-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB