# EXHIBIT A

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC, a Delaware limited
liability company, formerly known as CENTURY 21 REAL
ESTATE CORPORATION, a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

HERITAGE REAL ESTATE, INC., a California corporation
doing business as CENTURY 21 HERITAGE REAL
ESTATE and HERITAGE REAL ESTATE; JOHN W.
SCHLENDORF, JR., an individual; SUSANNA
SCHLENDORF, an individual; and SERETA CHURCHILL,
an individual.



C 06 78091

**WDB**

TO: (Name and address of defendant)

Heritage Real Estate, Inc., a California corporation doing business as Century 21 Heritage Real
Estate and Heritage Real Estate

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE _____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] see attached | 12/30/06  12:30PM |

| Name of SERVER | for list of additional | TITLE |
|---|---|---|
| MARIANNE COULSON | documents | REGISTERED CALIFORNIA PROCESS SERVER |
| | | CONTRA COSTA/#653 |

*Check one box below to indicate appropriate method of service*

[X]  Served Personally upon the Defendant. Place where served: HERITAGE REAL ESTATE, INC., A CALIFORNIA CORPORATION DOING BUSINESS AS CENTURY 21 HERITAGE REAL ESTATE AND HERITAGE REAL ESTATE BY SERVING JOHN W. SCHLENDORF, JR. AGENT FOR SERVICE AT 109 RAVEN COURT, DANVILLE, CA 94526

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ]  Returned unexecuted:

[ ]  Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $70.00 | XXXXX  $70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___01/02/07___
          Date

*Signature of Server* ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
*Address of Server* 925-947-3470

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE,  et al.
CASE NO. C 06-07809 WDB

Attachments to Summons and Complaint – continued:

1.   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**;

2.   **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL**;

3.   **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**;

4.   **ECF REGISTRATION INFORMATION HANDOUT**;

5.   **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**;

6.   **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE** REAL ESTATE, INC.;

7.   **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.**;

8.   **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF**;

9.   **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL**;

CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE, INC.
CASE NO. C 06-07809 WDB
ATTACHMENTS TO SUMMONS AND COMPLAINT

10.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
      ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
      AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
      ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
      **AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
      ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
      AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
      ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
      AGAINST **DEFENDANT SERETA CHURCHILL;**

14.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
      FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
      **DEFENDANT HERITAGE REAL ESTATE, INC.;**

15.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
      FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
      **DEFENDANT JOHN W. SCHLENDORF, JR.;**

16.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
      FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
      **DEFENDANT SUSANNA SCHLENDORF;**

17.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
      FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
      **DEFENDANT SERETA CHURCHILL;**

18.   **COMBINED MEMORANDUM OF POINTS AND
      AUTHORITIES IN SUPPORT OF FOUR (4)
      APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND
      ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT
      AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF,
AND SERETA CHURCHILL;

19.    **DECLARATION OF GARY J. LORCH** IN SUPPORT OF
PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH
ORDERS AND ORDERS FOR WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC.,
JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF
AND SERETA CHURCHILL;

20.    **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF
PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH
ORDERS AND ORDERS FOR WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC.,
JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF
AND SERETA CHURCHILL

# EXHIBIT B

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual.

**C 06 7809**

**WDB**

TO: (Name and address of defendant)

John W. Schlendorf, Jr.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE _____

DEC 2 0 2006

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, inc.
www.USCourtForms.com

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/30/06    12:30 PM |
|---|---|

Service of the Summons and Complaint was made by me [1]    see attached

| Name of SERVER    for list of additional | TITLE |
|---|---|
| MARIANNE COULSON              documents | REGISTERED CALIFORNIA PROCESS SERVER CONTRA COSTA/#653 |

*Check one box below to indicate appropriate method of service*

☒  Served Personally upon the Defendant. Place where served: JOHN W. SCHLENDORF, JR. AT
109 RAVEN COURT, DANVILLE, CA 94526

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $70.00 | TOTAL XXXXXX    $70.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    01/02/07
                Date

Signature of Server    ONE HOUR LEGAL
                       1280 BOULEVARD WAY, #205
                       WALNUT CREEK, CA 94595
Address of Server    925-947-3470

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

**CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE,  et al.**
**CASE NO. C 06-07809 WDB**

Attachments to Summons and Complaint – continued:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**;

2. **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL;**

3. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

4. **ECF REGISTRATION INFORMATION HANDOUT;**

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;**

6. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE** REAL ESTATE, INC.;

7. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.**;

8. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

9. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE, INC.
CASE NO. C 06-07809 WDB
ATTACHMENTS TO SUMMONS AND COMPLAINT

10.     **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11.     **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
**AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12.     **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13.     **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT SERETA CHURCHILL;**

14.     **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT HERITAGE REAL ESTATE, INC.;**

15.     **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT JOHN W. SCHLENDORF, JR.;**

16.     **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT SUSANNA SCHLENDORF;**

17.     **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT SERETA CHURCHILL;**

18.     **COMBINED MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF FOUR (4)
APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND
ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF,
AND SERETA CHURCHILL;

19. **DECLARATION OF GARY J. LORCH** IN SUPPORT OF
PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH
ORDERS AND ORDERS FOR WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC.,
JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF
AND SERETA CHURCHILL;

20. **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF
PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH
ORDERS AND ORDERS FOR WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC.,
JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF
AND SERETA CHURCHILL

# EXHIBIT C

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC, a Delaware limited
liability company, formerly known as CENTURY 21 REAL
ESTATE CORPORATION, a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

HERITAGE REAL ESTATE, INC., a California corporation,
doing business as CENTURY 21 HERITAGE REAL
ESTATE and HERITAGE REAL ESTATE; JOHN W.
SCHLENDORF, JR., an individual; SUSANNA
SCHLENDORF, an individual; and SERETA CHURCHILL,
an individual.

**C 06 7809**

**WDB**

TO: (Name and address of defendant)

Susanna Schlendorf

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE

DEC 1 8 2006

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1]  see attached | 1/5/07   12:38PM |

| Name of SERVER | for list of additional | TITLE |
|---|---|---|
| MARIANNE COULSON | documents | REGISTERED CALIFORNIA PROCESS SERVER |
| | | CONTRA COSTA/ #653 |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☒   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: BY SERVING SUSANNA SCHLENDORF BY LEAVING WITH "JANE DOE" (REFUSED NAME) FRONT DESK, WHITE, FEMALE, 50 YEARS OLD, BLOND HAIR, 5 FEET 6 INCHES, 120 POUNDS AT 601 SYCAMORE VALLEY ROAD WEST, DANVILLE, CA 94526

☐   Returned unexecuted:

☐   Other (specify):

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $140.00 | XXXXXX $140.00 |

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _01/05/07_      _Marianne Coulson_
         *Date*               *Signature of Server*
                                 ONE HOUR LEGAL
                                 1280 BOULEVARD WAY, #205
                                 WALNUT CREEK, CA 94595
             *Address of Server* 925-947-3470

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

| *Attorney or Party without Attorney:*<br>GARY J. LORCH ESQ, Bar #119989<br>GORDON & REES<br>633 WEST FIFTH STREET, STE 4900<br>LOS ANGELES, CA 90071<br><br>*Telephone No:* 213-576-5000    *FAX: No:* 213-680-4470 | *For Court Use Only* |
|---|---|

| *Ref. No or File No.:*<br>RLGY-1041334 | |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States County Northern Court District Court Branch

*Plaintiff:* CENTURY 21 REAL ESTATE
*Defendant:* HERITAGE REAL ESTATE

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C067809WDB |
|---|---|---|---|---|

1.  I, MARIANNE COULSON, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SUSANNA SCHLENDER as follows:

2.  *Documents:*    SUMMONS IN A CIVIL CASE AND COMPLAINT , SEE ATTACHED LIST.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 12/29/06 | 5:10pm | Home | THERE WAS NO ANSWER AT THIS TIME. Attempt made by: MARIANNE COULSON. Attempt at: 109 RAVEN COURT  DANVILLE CA. |
| Sat | 12/30/06 | 12:15pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: MARIANNE COULSON. Attempt at: 601 SYCAMORE VALLEY ROAD WEST  Danville CA 94526. |
| Thu | 01/04/07 | 11:28am | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: MARIANNE COULSON. Attempt at: 601 SYCAMORE VALLEY ROAD WEST  Danville CA 94526. |
| Fri | 01/05/07 | 12:38pm | Business | Substituted Service on: SUSANNA SCHLENDORF Business - 601 SYCAMORE VALLEY ROAD WEST Danville, CA. 94526  by Serving: "JANE DOE" (REFUSED NAME) FRONT DESK, White, Female, 50 Years Old, Blond Hair, 5 Feet 6 Inches, 120 Pounds a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: MARIANNE COULSON |

3.  *Person Executing*
    a. MARIANNE COULSON
    b. **One Hour Delivery Service**
       1280 Boulevard Way #205
       Walnut Creek, CA 94595
    c. .925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee for service was:** $140.00
e. I am: (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:*    #653
   *(iii) County:*    Contra Costa

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Fri, Jan. 05, 2007        **AFFIDAVIT OF REASONABLE DILIGENCE**    (MARIANNE COULSON)
Page: 1

gordgl.5191

*Attorney or Party without Attorney:*
GARY J. LORCH ESQ, Bar #119989
GORDON & REES
633 WEST FIFTH STREET, STE 4900
LOS ANGELES, CA 90071
*Telephone No:* 213-576-5000    *FAX No:* 213-680-4470

*Ref. No or File No.:*
RLGY-1041334

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States County Northern Court District Court Branch

*Plaintiff:* CENTURY 21 REAL ESTATE

*Defendant:* HERITAGE REAL ESTATE

*For Court Use Only*

| **PROOF OF SERVICE** **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C067809WDB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT , SEE ATTACHED LIST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:              Fri., Jan. 05, 2007
    b. Place of Mailing:            Walnut Creek, CA 94595
    c. Addressed as follows:       SUSANNA SCHLENDORF
                            601 SYCAMORE VALLEY ROAD WEST
                            Danville, CA 94526

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jan. 05, 2007 in the ordinary course of business.

Recoverable Cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
    a. REBECCA MOORE
    b. One Hour Delivery Service
       1280 Boulevard Way #205
       Walnut Creek, CA 94595
    c. .925-947-1100, FAX 925-947-3480

    d. *The Fee for Service was:*  $140.00
    e. I am: (3) registered California process server
        *(i)*    Employee
        *(ii)*  Registration No.:   641
        *(iii)* County:         Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Jan. 05, 2007

*(REBECCA MOORE)*

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

*gordgl.5191*

**CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE,  et al.**
**CASE NO. C 06-07809 WDB**

Attachments to Summons and Complaint – continued:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

2. **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL;**

3. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

4. **ECF REGISTRATION INFORMATION HANDOUT;**

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;**

6. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE** REAL ESTATE, INC.;

7. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.;**

8. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

9. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

10.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
**AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13.   **APPLICATION** FOR RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST **DEFENDANT SERETA CHURCHILL;**

14.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT HERITAGE REAL ESTATE, INC.;**

15.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT JOHN W. SCHLENDORF, JR.;**

16.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT SUSANNA SCHLENDORF;**

17.   **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER
FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST
**DEFENDANT SERETA CHURCHILL;**

18.   **COMBINED MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF FOUR (4)
APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND
ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT
AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF, AND SERETA CHURCHILL;

19. **DECLARATION OF GARY J. LORCH** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL;

20. **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL

CENTURY 21 REAL ESTATE v. HERITAGE REAL ESTATE, INC.
CASE NO. C 06-07809 WDB
ATTACHMENTS TO SUMMONS AND COMPLAINT

# EXHIBIT D

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC, a Delaware limited
liability company, formerly known as CENTURY 21 REAL
ESTATE CORPORATION, a Delaware corporation,

v.

HERITAGE REAL ESTATE, INC., a California corporation
doing business as CENTURY 21 HERITAGE REAL
ESTATE and HERITAGE REAL ESTATE; JOHN W.
SCHLENDORF, JR., an individual; SUSANNA
SCHLENDORF, an individual; and SERETA CHURCHILL,
an individual.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

E-Filing

C 06 7809

WDB

TO: (Name and address of defendant)
Sereta Churchill

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____ DEC 2 0 2006

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] see attached | 12/31/06    10:37AM |
| Name of SERVER<br>KENNETH L. FOSTER    for list of additional<br>documents | TITLE REGISTERED CALIFORNIA<br>PROCESS SERVER<br>CONTRA COSTA/ #591 |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: BY SERVING SERETA CHURCHILL BY LEAVING WITH ALLISON BRAY, RECEPTIONIST AT 8 CAMINO ENCINAS, ORINDA, CA, 94563

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$150.00 | TOTAL<br>X$0.00X $150.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ___1/5/07___          ___Kenneth L Foster___
                  Date                      Signature of Server
                                            ONE HOUR LEGAL
                                            1280 BOULEVARD WAY, #205
                                            WALNUT CREEK, CA 94595
                                            Address of Server 925-947-3470

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

| | | | | For Court Use Only |
|---|---|---|---|---|

*Attorney or Party without Attorney:*
GARY J. LORCH ESQ, Bar #119989
GORDON & REES
633 WEST FIFTH STREET, STE 4900
LOS ANGELES, CA 90071
*Telephone No:* 213-576-5000    *FAX No:* 213-680-4470

*Ref. No or File No.:*
RLGY-1041334

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States County Northern Court District Court Branch

*Plaintiff:* CENTURY 21 REAL ESTATE

*Defendant:* HERITAGE REAL ESTATE

| **PROOF OF SERVICE** **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C067809WDB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT , SEE ATTACHED LIST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Wed., Jan. 03, 2007
    b. Place of Mailing:          Walnut Creek, CA 94595
    c. Addressed as follows:     SERETA CHURCHILL
                             8 CAMINO ENCINAS
                             Orinda, CA 94563

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jan. 03, 2007 in the ordinary course of business.

5. *Person Serving:*
    a. REBECCA MOORE
    b. One Hour Delivery Service
       1280 Boulevard Way #205
       Walnut Creek, CA 94595
    c. .925-947-1100, FAX 925-947-3480

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:* $150.00
    e. I am: (3) registered California process server
        *(i)*   Employee
        *(ii)*  Registration No.:   641
        *(iii)* County:          Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jan. 03, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(REBECCA MOORE)

*gordgl.5192*

**CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE,  et al.
CASE NO. C 06-07809 WDB**

Attachments to Summons and Complaint – continued:

1.    **ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES**;

2.    **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE
D. BRAZIL**;

3.    **NOTICE OF ASSIGNMENT OF CASE TO A UNITED
STATES MAGISTRATE JUDGE FOR TRIAL**;

4.    **ECF REGISTRATION INFORMATION HANDOUT**;

5.    **DISPUTE RESOLUTION PROCEDURES IN THE
NORTHERN DISTRICT OF CALIFORNIA**;

6.    **NOTICE OF APPLICATION** AND HEARING FOR RIGHT
TO ATTACH ORDER AND ORDER FOR ISSUANCE OF
WRIT OF ATTACHMENT AGAINST **DEFENDANT
HERITAGE** REAL ESTATE, INC.;

7.    **NOTICE OF APPLICATION** AND HEARING FOR RIGHT
TO ATTACH ORDER AND ORDER FOR ISSUANCE OF
WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W.
SCHLENDORF, JR.**;

8.    **NOTICE OF APPLICATION** AND HEARING FOR RIGHT
TO ATTACH ORDER AND ORDER FOR ISSUANCE OF
WRIT OF ATTACHMENT AGAINST **DEFENDANT
SUSANNA SCHLENDORF**;

9.    **NOTICE OF APPLICATION** AND HEARING FOR RIGHT
TO ATTACH ORDER AND ORDER FOR ISSUANCE OF
WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA
CHURCHILL**;

CENTURY 21 REAL ESTATE  v.  HERITAGE REAL ESTATE, INC.
CASE NO. C 06-07809 WDB
ATTACHMENTS TO SUMMONS AND COMPLAINT

10.    **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11.    **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT **AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12.    **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13.    **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

14.    **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

15.    **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.;**

16.    **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

17.    **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

18.    **COMBINED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOUR (4) APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF, AND SERETA CHURCHILL;

19. **DECLARATION OF GARY J. LORCH** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL;

20. **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL

CENTURY 21 REAL ESTATE v. HERITAGE REAL ESTATE, INC.
CASE NO. C 06-07809 WDB
ATTACHMENTS TO SUMMONS AND COMPLAINT