UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC.,

        Plaintiff,

v.

HERITAGE REAL ESTATE, INC., et al.

        Defendants.

No. C 06-7809 WDB

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Jan 10, 2007

                                      Signature
                               Counsel for [PLAINTIFF] [DEFENDANTS]

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

                                      Signature
                               Counsel for [PLAINTIFF] [DEFENDANTS]