**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE REAL ESTATE, INC., et al. <br><br> Defendants. <br> _____/ | No. C 06-7809 WDB <br><br> SECOND NOTICE RE CONSENT OR REQUEST FOR REASSIGNMENT |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that this case was randomly assigned at filing to U.S. Magistrate Judge Wayne D. Brazil. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. § 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. Because counsel for Defendants have filed such a motion, the court asks the parties to consider the enclosed "Consent to Assignment or Request for Reassignment," make an election, and file the consent or request by **no later than January 31, 2007.**

On January 10, 2007, the Clerk sent a Notice requiring that the parties make an election by January 16, 2007. Because Defendants have not yet appeared, neither Defendants nor their counsel received the earlier Notice and, thus, the Clerk now issues this Second

1

Notice providing further time for Defendants to make an election.  Plaintiffs must serve this Second Notice on Defendants by no later than January 19, 2007.

Dated:  January 17, 2007

Richard W. Wieking, Clerk
United States District Court

*/s/ Sarah Weinstein*
_____
By:  Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
all parties, WDB, Stats

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC., | No. C 06-7809 WDB |
| Plaintiff, | CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT |
| v. | |
| HERITAGE REAL ESTATE, INC., et al. | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                    Signature
                                    Counsel for [PLAINTIFF] [DEFENDANTS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                    Signature
                                    Counsel for [PLAINTIFF] [DEFENDANTS]

1