Michael J. Low (SBN 178517)
J. John Kelly III (SBN 55799)
Youngman, Ericsson & Low, LLP
1981 North Broadway, Suite 300
Walnut Creek, California 94596
(925) 930-6000
(925) 934-5377 facsimile

Attorneys for Defendants
John W. Schlendorf, Susanna Schlendorf
  and Sereta Ann Churchill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | **Case No. C 06 7809 WDR**<br><br>**DEMAND FOR JURY TRIAL** |

**PAGE 1**
**DEMAND FOR JURY TRIAL**

John W. Schlendorf, Jr., Susanna Schlendorf, and Sereta Churchill hereby demand a jury trial on all issues triable by a jury.

Dated: January 18, 2007

Respectfully submitted,

YOUNGMAN, ERICSSON & LOW, LLP

____________________________________

J. John Kelly
Attorney for Attorneys for Defendants
John W. Schlendorf, Susanna Schlendorf
and Sereta Ann Churchill

**SCHLENDORF JOHN (CENTURY 21 -- C 067809 WDR)\PLEADINGS\DEMAND FOR JURY TRIAL**

YOUNGMAN, ERICSSON & LOW, LLP
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

**PROOF OF SERVICE BY MAIL**

I, Harriet Marmah, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 1981 North Broadway, Suite 300, Walnut Creek, California 94596.

On January 18, 2007, I served the following document(s) described as:

**DEMAND FOR JURY TRIAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Calvin E. Davis
Gary J. Lorch
Lisa K. Garner
GORDON & REES, LLP
633 West 5th Street, Suite 4900
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com
Email: lgarner@gordonrees.com

☑ **BY MAIL**:   I am readily familiar with the firm's business practice at my place of business for collection and processing correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☑ **FEDERAL:**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 18, 2007, at Walnut Creek, California.

Harriet Marmah
Printed Name:                                              Signature:

**YOUNGMAN, ERICSSON & LOW, LLP**
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

**PAGE 1**
**Proof of Service**