1   Michael J. Low (SBN 178517)
    J. John Kelly III (SBN 55799)
2   Youngman, Ericsson & Low, LLP
    1981 North Broadway, Suite 300
3   Walnut Creek, California  94596
    (925) 930-6000
4   (925) 934-5377 facsimile

5   Attorneys for Defendants
    John W. Schlendorf, Susanna Schlendorf
6     and Sereta Ann Churchill

7

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  CENTURY 21 REAL ESTATE LLC, a        )  **Case No.  C 06 7809 WDR**
    Delaware limited liability company, formerly  )
12  known as CENTURY 21 REAL ESTATE      )
    CORPORATION, a Delaware corporation,  )  **DEMAND FOR JURY TRIAL**
13                                        )
              Plaintiff,                  )
14                                        )
         vs.                              )
15                                        )
    HERITAGE REAL ESTATE, INC., a         )
16  California corporation doing business as  )
    CENTURY 21 HERITAGE REAL ESTATE  )
17  and HERITAGE REAL ESTATE; JOHN W.  )
    SCHLENDORF, JR., an individual;       )
18  SUSANNA SCHLENDORF, an individual;  )
    and SERETA CHURCHILL, an individual,  )
19                                        )
              Defendants.                 )
20  _____  )

21

22

23

24

25

26

27

*Sidebar:* **YOUNGMAN, ERICSSON & LOW, LLP**
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

1        John W. Schlendorf, Jr., Susanna Schlendorf, and Sereta Churchill hereby demand a jury

2  trial on all issues triable by a jury.

3

4  Dated: January 18, 2007               Respectfully submitted,

5                                   YOUNGMAN, ERICSSON & LOW, LLP

6  _____

7                                   J. John Kelly
                                    Attorney for Attorneys for Defendants

8                                   John W. Schlendorf, Susanna Schlendorf
                                    and Sereta Ann Churchill

9  SCHLENDORF JOHN  (CENTURY 21 -- C 067809 WDR)\PLEADINGS\DEMAND FOR JURY TRIAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**YOUNGMAN, ERICSSON & LOW, LLP**
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000

1

## PROOF OF SERVICE BY MAIL

2          I, Harriet Marmah, declare as follows:

3          I am over the age of 18 years and not a party to this action.  My business address is 1981

4   North Broadway, Suite 300, Walnut Creek, California  94596.

5          On January 18, 2007, I served the following document(s) described as:

6                          **DEMAND FOR JURY TRIAL**

7   on the interested party(ies) in this action by placing true copies thereof enclosed in sealed

8   envelopes and/or packages addressed as follows:

9   Calvin E. Davis
    Gary J. Lorch
10  Lisa K. Garner
    GORDON & REES, LLP
11  633 West 5th Street, Suite 4900
    Los Angeles, California  90071
12  Telephone:  (213) 576-5000
    Facsimile:   (213) 680-4470
13  Email: cdavis@gordonrees.com
14  Email: glorch@gordonrees.com
    Email: lgarner@gordonrees.com
15

16  ☑    **BY MAIL**:    I am readily familiar with the firm's business practice at my place of
    business for collection and processing correspondence for mailing with the United States Postal
17  Service.  Under the practice it would be deposited with the U.S. postal service on that same day
    with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of
18  business.  I am aware that on motion of the party served, service is presumed invalid if postal
    cancellation date or postage meter date is more than one day after the date of deposit for mailing
19  in affidavit.

20

21  ☑    **FEDERAL:**  I declare under penalty of perjury under the laws of the State of California
    that the foregoing is true and correct.  Executed on January 18, 2007, at Walnut Creek,
22  California.

23
    Harriet Marmah_____          _____
24  Printed Name:                            Signature:

25

26

27

**YOUNGMAN, ERICSSON & LOW, LLP**
1981 NO. BROADWAY, SUITE 300
WALNUT CREEK, CA 94596
(925) 930-6000