1  CALVIN E. DAVIS (SBN: 101640)
   GARY J. LORCH (SBN: 119989)
2  LISA K. GARNER (SBN: 155554)
   GORDON & REES LLP
3  633 West Fifth Street
   Suite 4900
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470
   Email: cdavis@gordonrees.com
6  Email: glorch@gordonrees.com
   Email: lgarner@gordonrees.com
7
   Attorneys for Plaintiff
8  CENTURY 21 REAL ESTATE LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  CENTURY 21 REAL ESTATE LLC, a        )   CASE NO. C 06 7809
    Delaware limited liability company,  )
13  formerly known as CENTURY 21 REAL    )
    ESTATE CORPORATION, a Delaware       )   **NOTICE RE CONSENT OR**
14  corporation,                         )   **REQUEST FOR**
                                         )   **REASSIGNMENT**
15                     Plaintiff,        )
                                         )
16            vs.                        )
                                         )
17  HERITAGE REAL ESTATE, INC., a        )
    California corporation doing business as )
18  CENTURY 21 HERITAGE REAL             )
    ESTATE and HERITAGE REAL             )
19  ESTATE; JOHN W. SCHLENDORF,          )
    JR., an individual; SUSANNA          )
20  SCHLENDORF, an individual; and       )
    SERETA CHURCHILL, an individual,     )
21                                       )
                      Defendants.        )
22                                       )
                                         )
23  _____

    Attached hereto as Exhibit A is a Second Notice Re Consent or Request for
24
    Reassignment concerning the assignment of this matter to U.S. Magistrate Judge
25
    Wayne D. Brazil which requires the response of all parties. Plaintiff, through its
26
    undersigned counsel, has already consented to this assignment. A true and correct
27
    / / /
28
    / / /

- 1 -

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

1  copy of Plaintiff's Consent to Proceed before a United States Magistrate Judge is

2  attached hereto as Exhibit B.

3  Dated: January 18 , 2007          GORDON & REES LLP

4

5

6  By: _____

7          Calvin E. Davis
           Gary J. Lorch
8          Lisa K. Garner
           Attorneys for Plaintiff CENTURY 21
9          REAL ESTATE LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

NOTICE RE CONSENT OR REQUEST FOR REASSIGNMENT

# EXHIBIT A

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE, LLC.,

                         Plaintiff,

     v.

HERITAGE REAL ESTATE, INC., et al.

                         Defendants.
_____/

No. C 06-7809 WDB

SECOND NOTICE RE CONSENT OR REQUEST FOR REASSIGNMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that this case was randomly assigned at filing to U.S. Magistrate Judge Wayne D. Brazil. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. § 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. Because counsel for Defendants have filed such a motion, the court asks the parties to consider the enclosed "Consent to Assignment or Request for Reassignment," make an election, and file the consent or request by **no later than January 31, 2007.**

On January 10, 2007, the Clerk sent a Notice requiring that the parties make an election by January 16, 2007. Because Defendants have not yet appeared, neither Defendants nor their counsel received the earlier Notice and, thus, the Clerk now issues this Second

1

1     Notice providing further time for Defendants to make an election. Plaintiffs must serve this

2     Second Notice on Defendants by no later than January 19, 2007.

3

4     Dated: January 17, 2007                       Richard W. Wieking, Clerk
                                                        United States District Court

5

6                                                    */s/ Sarah Weinstein*

7                                                    —————————————————
                                                   By: Sarah Weinstein
                                                   Law Clerk/Deputy Clerk

8

9     Copies to:
        all parties, WDB, Stats

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC.,

            Plaintiff,

    v.

HERITAGE REAL ESTATE, INC., et al.

            Defendants.

                        /

No. C 06-7809 WDB

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                           Signature
                            Counsel for [PLAINTIFF] [DEFENDANTS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                           Signature
                            Counsel for [PLAINTIFF] [DEFENDANTS]

# EXHIBIT B

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE LLC.,

               Plaintiff,

     v.

HERITAGE REAL ESTATE, INC., et al.

               Defendants.
                       /

No. C 06-7809 WDB

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _Jan 10, 2007_____

_____
                      Signature
Counsel for [PLAINTIFF] [DEFENDANTS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

      The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
                      Signature
Counsel for [PLAINTIFF] [DEFENDANTS]

1

1

## PROOF OF SERVICE

2       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA  90071.  On January 18, 2007, I served the within documents:

3

4   **NOTICE RE CONSENT OR REQUEST FOR REASSIGNMENT**

5

6   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7   ☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

8

9   ☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

10  ☒   by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

11

12

13  Michael J. Low
    J. John Kelly III
    Youngman, Ericsson & Low, LLP
14  1981 North Broadway, Suite 300
    Walnut Creek, CA  94596
15  Ph: (925) 930-6000
    Fx: (925) 934-5377
16  *Attorneys for Defendants John W. Schlendorf, Susanna Schlendorf and Sereta Ann Churchill*

17

18  John W. Schlendorf, Jr.
    109 Raven Court
19  Danville, CA  94526
    *Statutory Agent for Service on Heritage Real Estate, Inc., a California corporation doing business as Century 21 Heritage Real Estate and Heritage Real Estate*
20

21      I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

22

23

24

25      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

26      Executed on January 18, 2007, at Los Angeles, California.

27

28  _____
    Woody L. Doolittle

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071

PROOF OF SERVICE