UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC., | No. C 06-7809 WDB |
| Plaintiff, | CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT |
| v. | |
| HERITAGE REAL ESTATE, INC., et al. | |
| Defendants. | |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 30, 2007

_J. John Kelly III_
Signature
Counsel for [PLAINTIFF] [DEFENDANTS]

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
Signature
Counsel for [PLAINTIFF] [DEFENDANTS]

1

# PROOF OF SERVICE BY MAIL

I, Harriet Marmah, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 1981 North Broadway, Suite 300, Walnut Creek, California 94596.

On January 31, 2007, I served the following document(s) described as:

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Calvin E. Davis
Gary J. Lorch
Lisa K. Garner
GORDON & REES, LLP
633 West 5th Street, Suite 4900
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com
Email: lgarner@gordonrees.com

☑ **BY MAIL:** I am readily familiar with the firm's business practice at my place of business for collection and processing correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the U.S> postal service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☑ **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 31, 2007, at Walnut Creek, California.

Harriet Marmah
Printed Name:                                    Signature: