UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE REAL ESTATE, INC., et al. <br><br> Defendants. <br> _____/ | No. C 06-7809 WDB <br><br> NOTICE RE NEW DATE FOR HEARING ON PLAINTIFF'S MOTION FOR WRIT OF ATTACHMENT AND FOR CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that the hearing on Plaintiff's **Motion for Writ of Attachment** set for Wednesday, February 14, 2007, at 2:30 p.m. **and** the Case Management Conference set for March 26, 2007, at 4:00 p.m. **are both continued to Tuesday, April 10, 2007 at 1:30 p.m.** Defendants' Opposition to the Motion is due by no later than Tuesday, March 20, 2007. Any Reply by Plaintiff to the Motion is due by no later than Tuesday, March 27, 2007. Please review Magistrate Judge Brazil's Standing Order, which can be found at www.cand.uscourts.gov, for Case Management Conference procedures.

Dated: January 31, 2007

Richard W. Wieking, Clerk
United States District Court

*/s/ Sarah Weinstein*

_____
By:  Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
all parties, WDB, Stats

1