CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com
Email: lgarner@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | CASE NO. C 06 7809 WDB<br><br>**PLAINTIFF CENTURY 21 REAL ESTATE, LLC'S REQUEST TO ENTER DEFAULT OF HERITAGE REAL ESTATE, INC.** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Century 21 Real Estate LLC hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Heritage Real Estate, Inc. on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by Federal Rules of Civil Procedure.

As consistent with the Federal Rules of Civil Procedure, personal service of the summons and complaint was made on Heritage Real Estate, Inc. by personally serving its authorized agent, on December 30, 2007. Attached as Exhibit A to the declaration of Lisa K Garner is Proof of Service of the summons and complaint.

Pursuant to F.R.C.P. 12, the last day for Heritage Real Estate to file a responsive pleading was on January 19, 2007. Heritage Real Estate, Inc.'s default should be entered pursuant to F.R.C.P. 55(a), which provides in pertinent part:

Rule 55. Default

> (a)   Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that facts made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This Request for Entry of Default is further supported by the accompanying Declaration of Lisa K. Garner and the exhibit thereto, confirming for the Clerk that upon lapse of the answer period on January 19, 2007, Century 21 Real Estate LLC was entitled to have default entered against Heritage Real Estate, Inc.

The above stated facts are set forth in the accompanying declaration of Lisa K. Garner, filed herewith.

Dated: February 1, 2007

GORDON & REES LLP
CALVIN E. DAVIS
GARY J. LORCH
LISA K. GARNER

By: _____
LISA K. GARNER
Attorneys for Plaintiff CENTURY 21 REAL ESTATE LLC