```
 1  CALVIN E. DAVIS (SBN: 101640)
    GARY J. LORCH (SBN: 119989)
 2  LISA K. GARNER (SBN: 155554)
    GORDON & REES LLP
 3  633 West Fifth Street
    Suite 4900
 4  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 5  Facsimile: (213) 680-4470
    Email: cdavis@gordonrees.com
 6  Email: glorch@gordonrees.com
    Email: lgarner@gordonrees.com
 7
    Attorneys for Plaintiff
 8  CENTURY 21 REAL ESTATE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | CASE NO. C 06 7809 WDB<br><br>**DECLARATION OF LISA GARNER IN SUPPORT OF PLAINTIFF CENTURY 21 REAL ESTATE LLC'S REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT HERITAGE REAL ESTATE, INC.** |

I, Lisa K. Garner, hereby declare:

1.    I am an attorney at law licensed to practice before all courts in the State of California, including this district court, and am associated with the law firm of Gordon & Rees, LLP, attorneys of record for Plaintiff Century 21 Real Estate LLC. I am familiar with the facts and circumstances in the above-entitled matter as they relate to this declaration, and if called upon, I could and would

-1-
**DECLARATION OF LISA GARNER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

competently testify thereto.

2. Plaintiff Century 21 Real Estate LLC filed the complaint against Heritage Real Estate, Inc. on December 20, 2006.

3. The summons and complaint was personally served on Heritage Real Estate, Inc. on December 30, 2006. Attached as Exhibit A is a true and correct copy of the Proof of Service of the summons and complaint.

4. Plaintiff Heritage Real Estate, Inc.'s time to appear or respond expired on January 19, 2007.

5. As of the filing of this request, Heritage Real Estate, Inc. has failed to respond to the summons and complaint.

6. On January 30, 2007, I spoke with John Kelly, counsel for John W. Schlendorf, Jr., Susanna Schlendorf, and Sereta Churchill, who are believed to be officers or directors of Heritage Real Estate, Inc. Mr. Kelly informed me that Heritage Real Estate, Inc. was not represented by counsel and would not be appearing in this action.

7. Plaintiff Century 21 Real Estate LLC asks that the clerk of the above-entitled court to please enter default against Defendant Heritage Real Estate, Inc.

Executed this 1ST day of February, 2007, at Los Angeles, California.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: February 1, 2007

GORDON & REES LLP
CALVIN E. DAVIS
GARY J. LORCH
LISA K. GARNER

By: /s/ Lisa K. Garner
LISA K. GARNER
Attorneys for Plaintiff CENTURY 21 REAL ESTATE LLC

-2-

**DECLARATION OF LISA GARNER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

# EXHIBIT A

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: |
| V. | |
| HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual. | C 06 7809<br><br>**WDB** |

TO: (Name and address of defendant)

Heritage Real Estate, Inc., a California corporation doing business as Century 21 Heritage Real Estate and Heritage Real Estate

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin E. Davis, Gary J. Lorch and Lisa K. Garner

GORDON & REES LLP

633 W. Fifth Street, 49th Floor

Los Angeles, CA 90071

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking      DATE _____
CLERK

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] see attached | 12/30/06 12:30PM |
| Name of SERVER<br>MARIANNE COULSON | for list of additional documents |
| | TITLE REGISTERED CALIFORNIA PROCESS SERVER<br>CONTRA COSTA/#653 |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: HERITAGE REAL ESTATE, INC., A CALIFORNIA CORPORATION DOING BUSINESS AS CENTURY 21 HERITAGE REAL ESTATE AND HERITAGE REAL ESTATE BY SERVING JOHN W. SCHLENDORF, JR. AGENT FOR SERVICE AT 109 RAVEN COURT, DANVILLE, CA 94526

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | $70.00 | XXXXXX | $70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/02/07
             Date

Signature of Server  *Marianne Coulson*
ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
Address of Server  925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

CENTURY 21 REAL ESTATE v. HERITAGE REAL ESTATE, et al.
CASE NO. C 06-07809 WDB

Attachments to Summons and Complaint – continued:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**;

2. **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL**;

3. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**;

4. **ECF REGISTRATION INFORMATION HANDOUT**;

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**;

6. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE** REAL ESTATE, INC.;

7. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.**;

8. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF**;

9. **NOTICE OF APPLICATION** AND HEARING FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL**;

10. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

11. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT **AGAINST DEFENDANT JOHN W. SCHLENDORF, JR.;**

12. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

13. **APPLICATION** FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

14. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT HERITAGE REAL ESTATE, INC.;**

15. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT JOHN W. SCHLENDORF, JR.;**

16. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SUSANNA SCHLENDORF;**

17. **[PROPOSED] RIGHT TO ATTACH ORDER** AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST **DEFENDANT SERETA CHURCHILL;**

18. **COMBINED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOUR (4) APPLICATIONS** FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE INC.,

        JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF, AND SERETA CHURCHILL;

19. **DECLARATION OF GARY J. LORCH** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL;

20. **DECLARATION OF DEBBIE IULIANO** IN SUPPORT OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDERS AND ORDERS FOR WRIT OF ATTACHMENT AGAINST DEFENDANTS HERITAGE REAL ESTATE, INC., JOHN W. SCHLENDORF, JR., SUSANNA SCHLENDORF AND SERETA CHURCHILL