Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>　　　　Defendants. | CASE NO. C 06 7809 WDB<br><br>**[PROPOSED] DEFAULT BY CLERK** |

　　It appearing from the records in the above-entitled action that summons has been served upon the defendant named below, and it further appearing from the affidavit of counsel for plaintiff, and other evidence as required by F.R.C.P. 55(a) that the defendant has failed to plead or otherwise defend in said action as directed in said summons and as provided in the Federal Rules of Civil Procedure:

///

///

-1-

**[PROPOSED] DEFAULT BY CLERK**

1  Now, therefore, on request of counsel, the default of Heritage Real Estate, Inc. is
2  hereby entered.

3  Dated: _____

6                                                By:_____
                                                        Deputy Clerk

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071