**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                General Court Number
Clerk                                                                                                            510.637.3530

February 5, 2007


RE:  CV 06-07809 WDB        CENTURY 21 REAL ESTATE-v- HERITAGE REAL ESTATE


Default is entered as to Defendant, Heritage Real Estate Inc on February 5, 2007.



RICHARD W. WIEKING, Clerk


byCynthia Lenahan
Case Systems Administrator




NDC TR-4  Rev. 3/89