United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE, LLC.,

                Plaintiff,

     v.

HERITAGE REAL ESTATE, INC., et al.

                Defendants.

_____/

No. C 06-7809 WDB

NOTICE RE NEW DATE FOR HEARING ON PLAINTIFF'S MOTION FOR WRIT OF ATTACHMENT AND FOR CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    Please take notice that to accommodate the Court's schedule, the hearing on Plaintiff's Motion for Writ of Attachment and the Initial Case Management Conference set for April 10, 2007 at 1:30 p.m. are continued to **Tuesday, April 17, 2007, at 1:30 p.m.**

Dated:  March 6, 2007

Richard W. Wieking, Clerk
United States District Court

*/s/ Sarah Weinstein*

_____
By:  Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
all parties, WDB, Stats

1