UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE REAL ESTATE, INC., et al. <br><br> Defendants. <br> _____/ | No. C 06-7809 WDB <br><br> ORDER STAYING CASE AS TO INDIVIDUAL DEFENDANTS IN LIGHT OF BANKRUPTCY FILINGS AND VACATING MOTION FOR WRIT OF ATTACHMENT AS TO ALL DEFENDANTS |

On March 23, 2007, the individual defendants in this case — Susanna Schlendorf, Sereta Churchill, and John W. Schlendorf, Jr. — filed a Notice of Stay of Proceedings to inform this Court that they had filed for bankruptcy, and that this case should be stayed pending resolution of the bankruptcy actions. Plaintiff's counsel agrees that a stay is appropriate as to these defendants. Accordingly, the case is now STAYED as to the three individual defendants. The case is not stayed as to the remaining corporate defendant, Heritage Real Estate Inc. ("Heritage").

Nevertheless, because Heritage has failed to appear in this action, and the Clerk entered default against Heritage on February 5, 2007, the hearing on Plaintiff's Motion for Writ of Attachment and an Initial Case Management Conference currently set for Tuesday, April 17, 2007, at 1:30 p.m. are VACATED. Plaintiff has indicated that it intends to file a Motion for Default Judgment against Heritage. Because Heritage has failed to appear and, thus, has not consented to Magistrate Judge jurisdiction, the Court will issue a Report and

1

1  Recommendation on any future Motion for Default Judgment that may be filed, after which
2  the case will be reassigned to a District Court Judge.
3      IT IS SO ORDERED.

5  Dated: April 10, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats.