CALVIN E. DAVIS (State Bar No. 101640)
GARY J. LORCH (State Bar No. 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. C 06-7809 WDB<br><br>**[PROPOSED] DEFAULT JUDGMENT BY COURT** |

This matter having come on for hearing before the Court on the application by Plaintiff Century 21 Real Estate LLC for entry of default judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Century 21 Real Estate LLC recover from Defendant Heritage Real Estate, Inc. the principal

-1-
**[PROPOSED] JUDGMENT**
**CASE NO. C 06-7809 WDB**

amount of $6,998,826.80, plus pre-judgment interest in the amount of _____, plus attorney's fees and costs of suit in the amount of _____.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Century 21 Real Estate LLC shall recover from Defendant Heritage Real Estate, Inc. all furniture, furnishings, equipment, real estate listings and listing agreements, and related rights thereto, which are located at or which are related to the residential real estate brokerage business which had been and/or is being conducted by said Defendant, including all proceeds and products therefrom, and all substitutions, replacements, additions and accessions thereto, together with all property and rights hereafter acquired by Defendant Heritage Real Estate, Inc. Defendant Heritage Real Estate, Inc. immediately shall deliver possession of all such property to Plaintiff Century 21 Real Estate LLC or to its legal representative. In the event that Defendant Heritage Real Estate, Inc. fails to deliver possession of said property, the United States Marshall is authorized and directed to seize said property and to deliver same to Plaintiff Century 21 Real Estate LLC or its legal representative.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Heritage Real Estate, Inc. shall make available to Plaintiff Century 21 Real Estate LLC all of its books, records and other business and financial documents to permit Plaintiff and its representatives to conduct an accounting and/or audit of in order to determine any additional amounts due and owing from said Defendant to Plaintiff. To the extent any further amounts are found to be due and owing, Plaintiff Century 21 Real Estate LLC shall have the right to apply to this Court to amend this Judgment to include said amounts.

**IT IS SO ORDERED**.

Dated: _____

UNITED STATES DISTRICT JUDGE