CALVIN E. DAVIS (State Bar No. 101640)
GARY J. LORCH (State Bar No. 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. C 06-7809 WDB<br><br>**PROOF OF SERVICE**<br><br>Date:  To Be Determined by Court<br>Time:  To Be Determined by Court<br>Crtm:  To Be Determined by Court |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On April 18, 2007, I served the within documents:

1. **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.;**

2. **DECLARATION OF GARY J. LORCH IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.;**

3. **DECLARATION OF DEBBIE IULIANO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.; and**

4. **[PROPOSED] DEFAULT JUDGMENT BY COURT.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

| | |
|---|---|
| John Kelly, Esq.<br>YOUNGMAN, ERICSSON & LOW, LLP<br>1981 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Tel: (925) 930-6000<br>Fax: (925) 934-5377<br>*Attorneys for Defendants John Schlendorf, Susanna Schlendorf and Sereta Churchill* | John William Schlendorf, Jr.<br>a/k/a Jack Schlendorf<br>Susanna M. Schlendorf<br>109 Raven Court<br>Danville, CA 94526<br>*Debtors* |
| David A. Schuricht, Esq.<br>KATZEN & SCHURICHT<br>1981 N. Broadway, #340<br>Walnut Creek, CA 94596<br>*Attorneys for Debtors* | Lois Brady, Esq.<br>P.O. Box 12754<br>Oakland, CA 94604<br>*Trustee* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 17, 2007, at Los Angeles, California.

_____
Woody L. Doolittle

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/109915v.1

-2-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB