United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE, LLC.,

                    Plaintiff,

        v.

HERITAGE REAL ESTATE, INC., et al.

                    Defendants.

_____/

No. C 06-7809 WDB

NOTICE RE DATE FOR HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

        Plaintiff filed a Motion for Default Judgment on April 18, 2007. Please take notice that this Motion will be heard on **Wednesday, May 30, 2007, at 2:30 p.m.** before Magistrate Judge Wayne D. Brazil, Courtroom 4, 1301 Clay Street, in Oakland, California.

Dated: April 19, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
all parties, WDB, Stats

1