CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. CV 06-7809 WDB<br><br>**NOTICE OF CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.**<br><br>Date: June 27, 2007<br>Time: 1:30 p.m.<br>Crtm: |

**TO THIS HONORABLE COURT, TO DEFENDANT HERITAGE REAL ESTATE, INC., AND TO ALL OTHER DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY PROVIDED** that the hearing on the Application of Plaintiff Century 21 Real Estate LLC for entry by this Court of a Default Judgment as against Defendant Heritage Real Estate, Inc. has been continued and will now

1  take place on Wednesday, June 27, 2007, at 1:30 p.m., before the Honorable
2  Magistrate Judge Wayne D. Brazil, in Courtroom 4 of the United States District
3  Court, 1301 Clay Street, Oakland, California.

                                    Respectfully submitted.

5  Dated: May 4, 2007                  CALVIN E. DAVIS
                                      GARY J. LORCH
6                                    GORDON & REES LLP

By: _____
       GARY J. LORCH
Attorneys for Plaintiff CENTURY 21 REAL ESTATE LLC

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

-5-

**NOTICE OF CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT - CASE NO. CV 06-7809 WDB**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On May 4 2007, I served the within documents:

NOTICE OF CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 4, 2007, at Los Angeles, California.

*/s/ Mila Owen*
Mila Owen

-1-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB

## Service List

*Century 21 Real Estate v. Heritage Real Estate Inc., et al.*
Case No. CV 06-7809 WDB

John Kelly, Esq.
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377
*Attorneys for Defendants John Schlendorf, Susanna Schlendorf and Sereta Churchill*

John William Schlendorf, Jr.
a/k/a Jack Schlendorf
Susanna M. Schlendorf
109 Raven Court
Danville, CA 94526
*Debtors*

David A. Schuricht, Esq.
KATZEN & SCHURICHT
1981 N. Broadway, #340
Walnut Creek, CA 94596
*Attorneys for Debtors*

Lois Brady, Esq.
P.O. Box 12754
Oakland, CA 94604
*Trustee*

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/110933v.1

-2-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB