```
 1  CALVIN E. DAVIS (SBN: 101640)
    GARY J. LORCH (SBN: 119989)
 2  LISA K. GARNER (SBN: 155554)
    GORDON & REES LLP
 3  633 West Fifth Street
    Suite 4900
 4  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 5  Facsimile: (213) 680-4470
    Email: cdavis@gordonrees.com
 6  Email: glorch@gordonrees.com
    Email: lgarner@gordonrees.com
 7
    Attorneys for Plaintiff
 8  CENTURY 21 REAL ESTATE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>　　　　　Defendants. | CASE NO. C 06 7809 WDB<br><br>**PROOF OF PERSONAL SERVICE**<br><br>RE: APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC. |

| Attorney or Party without Attorney:<br>CALVIN E. DAVIS ESQ.<br>GORDON & REES LLP<br>633 WEST 5TH STREET<br>49TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-576-5000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>RLGY1041334 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: CENTURY 21 REAL ESTATE LLC | | | | |
| Defendant: HERRITAGE REAL ESTATE, INC. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV067809WBD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; NOTICE OF CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDMENT BY COURT AGAINST DEFENDANT HERRITAGE REAL ESTATE INC.; APPLICATION FOR ENTRY OF DEFAULT; PROPOSED DEFAULT JUDGEMENT BY COURT; DECLARATION OF GARY J. LORCH; DECLARATION OF DEBBIE IULIANO; ORDER FOR SUPPLEMENTAL SUBMISSIONS REGARDING APPLICATION FOR DEFAULT JUDGMENT

3. a. Party served:      HERITAGE REAL ESTATE (JOHN W. SCHLENDORF, JR. AGENT FOR SERVICE OF PROCESS)

4. Address where the party was served:      109 RAVEN COURT
Danville, CA 94526

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2007 (2) at: 8:15PM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEPHEN HUSTON
   **b. BEVERLY HILLS EXPRESS**
      & METROZONE ATTORNEY SERVICE
      350 S. FIGUEROA STREET SUITE 272
      LOS ANGELES, CA 90071
   c. (213) 346-1000, FAX (213) 346-1010

   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
        (i)   Owner
        (ii)  Registration No.:    587
        (iii) County:    Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, May. 16, 2007

(STEPHEN HUSTON)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

600148.gordoncd.360