CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
Email:  cdavis@gordonrees.com
Email:  glorch@gordonrees.com
Email:  lgarner@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual, <br><br> Defendants. | CASE NO. C 06 7809 WDB <br><br> **PROOF OF SERVICE** <br><br> RE:  APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC. |

-1-

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On May __14__, 2007, I served a copy of the following documents:

    1.    APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HERITAGE REAL ESTATE, INC.;

    2.    DECLARATION OF DEBBIE IULIANO IN SUPPORT OF APPLICATION;

    3.    DECLARATION OF GARY J. LORCH IN SUPPORT OF APPLICATION;

    4.    [PROPOSED] DEFAULT JUDGMENT BY COURT;

    5.    NOTICE OF CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT; AND

    6.    ORDER FOR SUPPLEMENTAL SUBMISSIONS RE APPLICATION FOR DEFAULT JUDGMENT.

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

    Heritage Real Estate, Inc.
    c/o John W. Schlendorf, Jr.
    109 Raven Court
    Danville, CA 94526

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than

one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 14, 2007, at Los Angeles, California.

                          /S/   Mila Owen
                          Mila Owen

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071