CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com
Email: lgarner@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | CASE NO. C 06 7809 WDB<br><br>**PROOF OF SERVICE**<br><br>RE: ORDER FOR SUPPLEMENTAL SUBMISSIONS RE APPLICATION FOR DEFAULT JUDGMENT |

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

-1-

1       I am a resident of the State of California, over the age of eighteen years, and

2   not a party to the within action.  My business address is: Gordon & Rees LLP, 633

3   West Fifth Street, Suite 4900, Los Angeles, CA  90071.  On May __14__, 2007, I

4   served a copy of the following documents:

5

6       ORDER FOR SUPPLEMENTAL SUBMISSIONS RE APPLICATION
    FOR DEFAULT JUDGMENT

7   ☐   by transmitting via facsimile the document(s) listed above to the fax
        number(s) set forth below on this date before 5:00 p.m.

8   ☐   by personally delivering the document(s) listed above to the person(s) at
9       the address(es) set forth below.

10  ☒   by placing the document(s) listed above in a sealed envelope with
        postage thereon fully prepaid, in United States mail in the State of
11      California at Los Angeles, addressed as set forth below.

12      **SEE ATTACHED SERVICE LIST**

13      I am readily familiar with the firm's practice of collection and processing

14  correspondence for mailing.  Under that practice it would be deposited with the

15  U.S. Postal Service on that same day with postage thereon fully prepaid in the

16  ordinary course of business.  I am aware that on motion of the party served, service

17  is presumed invalid if postal cancellation date or postage meter date is more than

18  one day after the date of deposit for mailing in affidavit.

19

20      I declare under penalty of perjury under the laws of the United States of

21  America that the above is true and correct.

22

23      Executed on May 14, 2007, at Los Angeles, California.

24

25               /S/   Mila Owen
                                         Mila Owen

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

1

<u>Service List</u>

2

*Century 21 Real Estate v. Heritage Real Estate Inc., et al.*
Case No. CV 06-7809 WDB

3

4

5    John Kelly, Esq.                      John William Schlendorf, Jr.
     YOUNGMAN, ERICSSON & LOW,             a/k/a Jack Schlendorf
6    LLP                                   Susanna M. Schlendorf
     1981 N. Broadway, Suite 300           109 Raven Court
7    Walnut Creek, CA 94596                Danville, CA 94526
     Tel: (925) 930-6000                   ***Debtors***
8    Fax: (925) 934-5377
     ***Attorneys for Defendants John***
9    ***Schlendorf, Susanna Schlendorf and***
     ***Sereta Churchill***

10   David A. Schuricht, Esq.              Lois Brady, Esq.
     KATZEN & SCHURICHT                    P.O. Box 12754
11   1981 N. Broadway, #340                Oakland, CA 94604
     Walnut Creek, CA 94596                ***Trustee***
12   ***Attorneys for Debtors***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/110036v.1

-3-