# EXHIBIT A

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Tax ID: 94-1617026

*Submitted by electronically*
*Date: 9 / 12 / 06*

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany NJ 07054-0642

September 11, 2006
ID: RLGY 1041334
Invoice No: 19236854
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
RFL00000869

## BILLING SUMMARY THROUGH AUGUST 31, 2006

| | |
|---|---|
| Fees For Professional Services | 2,442.50 |
| | -------------- |
| **CURRENT BILL** | **2,442.50** |

Ron Giller, Esq.                                        September 11, 2006
ID: RLGY  1041334                                       Page 2
Invoice No: 19236854

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 08/21/06 | Review e-mail and intent to terminate letters for four franchises | CED | 0.20 |
| 08/28/06 | Review e-mails and termination letters | CED | 0.50 |
| 08/28/06 | Analysis regarding claims in complaint | CED | 0.50 |
| 08/29/06 | Review and analysis of franchise agreements, addenda to franchise agreements, DAN documentation, guaranty, and information on two location in order to begin preparation of Complaint (documents for 01 & 02 offices) | LKG | 3.20 |
| 08/30/06 | Review and analysis of franchise agreements, addenda to franchise agreements, DAN documentation, guaranty, and information on two location in order to begin preparation of Complaint (documents for 03 & 04 offices) | LKG | 3.10 |
| 08/31/06 | Begin preparation of Complaint | LKG | 1.40 |

TOTAL FOR SERVICES  $   2,442.50

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 1.20 | 402.00 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 7.70 | 2,040.50 |

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ   07054-0642

September 11, 2006
ID: RLGY  1041334
Invoice No: 19236854
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

---

### BILLING SUMMARY THROUGH AUGUST 31, 2006

| | |
|---|---|
| Fees For Professional Services | 2,442.50 |
| | -------------- |
| **CURRENT BILL** | **2,442.50** |

---

Exhibit  A   Page  19

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

LAW OFFICES
## Gordon & Rees, LLP
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA  94111
(415) 986-5900

Tax ID: 94-1617026

**Submitted electronically**
by

Date: _10_ / _11_ / _06_

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ   07054-0642

October 5, 2006
ID: RLGY  1041334
Invoice No: 19239807
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

## BILLING SUMMARY THROUGH SEPTEMBER 30, 2006

| | |
|---|---:|
| Fees For Professional Services | 7,775.50 |
| Expenses and Advances | 391.70 |
| | -------------- |
| **CURRENT BILL** | **8,167.20** |

Exhibit __A__ Page _20_

Ron Giller, Esq.                                             October 5, 2006
ID: RLGY 1041334                                             Page 2
Invoice No: 19239807

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 08/15/06 | Exchange multiple e-mails with client and firm | CED | 0.50 |
| 08/15/06 | Conduct public records search on individual guarantors | LKG | 2.60 |
| 08/18/06 | Review franchise files for four offices | CED | 1.10 |
| 08/18/06 | Investigation into status of franchisee (online research, locate and call numbers for franchisee offices) | CED | 1.20 |
| 08/18/06 | Prepare e-mail to client | CED | 0.40 |
| 09/01/06 | Prepare correspondence to client Ron Giller | LKG | 0.10 |
| 09/07/06 | Exchange e-mails with client | CED | 0.30 |
| 09/07/06 | Analysis regarding confession of judgment | CED | 0.40 |
| 09/07/06 | Research regarding confession of judgment | CED | 1.10 |
| 09/11/06 | Analysis regarding complaint | CED | 0.40 |
| 09/11/06 | Analysis regarding amounts owing | CED | 0.50 |
| 09/11/06 | Continue preparation of Complaint (4 franchises involved, termination) | LKG | 5.30 |
| 09/11/06 | Prepare correspondence to client | LKG | 0.20 |
| 09/11/06 | Analysis re:  franchise agreement and guaranty for franchise numbers 0001, 0002, 0004, and 0005 to attach to complaint | ERM | 1.80 |
| 09/11/06 | Analysis re: DAN notes, security agreements and determine principal amounts originally loaned | ERM | 0.30 |
| 09/13/06 | Analysis regarding damages, DAN notes | CED | 0.40 |
| 09/13/06 | Continue preparation of complaint (numbers concerning royalty fees, advertising fees, interest, balance due on notes for all 4 franchises) | LKG | 2.10 |

Exhibit  A    Page  21

Ron Giller, Esq.  
ID: RLGY  1041334  
Invoice No: 19239807

October 5, 2006  
Page 3

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 09/19/06 | Review e-mails client | CED | 0.30 |
| 09/19/06 | Update complaint with information concerning Security Agreements, royalty fees, and DAN Notes received from client | LKG | 2.40 |
| 09/20/06 | Review and revise complaint | CED | 1.50 |
| 09/20/06 | Analysis regarding doe pleading in federal court | CED | 0.30 |
| 09/21/06 | Analysis regarding allegations in complaint | CED | 0.50 |
| 09/21/06 | Review and revise complaint | CED | 0.50 |
| 09/21/06 | Revise complaint regarding minimum royalties, other amounts due | LKG | 0.70 |
| 09/25/06 | Analysis regarding expansion note liability, | CED | 0.40 |
| 09/25/06 | Update Complaint with information recently received from client | LKG | 0.60 |
| 09/26/06 | Analysis regarding pre-judgment remedies | CED | 0.50 |
| 09/26/06 | Prepare correspondence to client | LKG | 0.20 |
| 09/28/06 | Analysis regarding pre-judgment remedies | CED | 0.50 |
| 09/29/06 | Update/Finalize complaint with DAN note balances and information received from client | LKG | 0.30 |

TOTAL FOR SERVICES  $   7,775.50

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19239807

October 5, 2006
Page 4

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 10.80 | 3,618.00 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 14.50 | 3,842.50 |
| ERM | Eleanor Murphy - Law Clerk | 150.00 | 2.10 | 315.00 |

Exhibit A Page 23

Ron Giller, Esq.                                      October 5, 2006
ID: RLGY  1041334                                     Page 5
Invoice No: 19239807

---

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/27/06 | Filing Fees - Filing fee for new action/LKGarner/WDoolittle/dl | 350.00 |
| | Reproduction of Documents | 41.70 |
| | TOTAL EXPENSES | $   391.70 |

---

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900

Ron Giller, Esq.                                                    October 5, 2006
Senior Counsel                                                     ID: RLGY  1041334
Realogy Corporation                                          Invoice No: 19239807
1 Campus Drive                                                 Calvin Davis
Parsippany  NJ   07054-0642


RE:   Century 21 v. Heritage Real Estate
      RFL00000869

---

### BILLING  SUMMARY  THROUGH  SEPTEMBER 30, 2006


Fees For Professional Services                              7,775.50
Expenses and Advances                                         391.70
                                                       --------------
**CURRENT BILL**                                           **8,167.20**

---

### R E M I T T A N C E   C O P Y

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit A    Page 55

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Submitted electronically
by

Date: __11__ / __8__ / __06__

Tax ID: 94-1617026

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ   07054-0642

November 7, 2006
ID: RLGY  1041334
Invoice No: 19243160
Calvin Davis

RE:     Century 21 v. Heritage Real Estate
        RFL00000869

### BILLING  SUMMARY  THROUGH  OCTOBER 31, 2006

| | |
|---|---:|
| Fees For Professional Services | 2,855.50 |
| Expenses and Advances | 26.50 |
| | -------------- |
| **CURRENT BILL** | **2,882.00** |

Exhibit  A    Page 26

Ron Giller, Esq.                                        November 7, 2006
ID: RLGY  1041334                                      Page 2
Invoice No: 19243160

### PROFESSIONAL  SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 10/03/06 | Telephone with client | CED | 0.30 |
| 10/03/06 | Review research memorandum forwarded by client | CED | 0.30 |
| 10/03/06 | Analysis regarding writ of attachment against Heritage defendants | CED | 1.20 |
| 10/03/06 | Prepare letter to investigators regarding asset search | CED | 0.50 |
| 10/03/06 | Analysis regarding assets of defendants | CED | 1.10 |
| 10/04/06 | Analysis regarding writ of attachment | CED | 0.90 |
| 10/16/06 | Analysis regarding claim for abandoned property | CED | 0.50 |
| 10/17/06 | Telephone with investigators regarding status of asset searches | CED | 0.20 |
| 10/18/06 | Meeting with clients | CED | 0.20 |
| 10/23/06 | Analysis regarding disposal of property left in unit by defendants | CED | 0.30 |
| 10/24/06 | Analysis regarding disposal of furniture, etc. at Heritage offices | CED | 0.20 |
| 10/24/06 | Confer with landlord representative about property storage and removal, costs, timing | LKG | 0.30 |
| 10/24/06 | Prepare report to client | LKG | 0.20 |
| 10/25/06 | Initial review of report of investigator regarding assets belonging to Heritage, Schlendorf and Churchill | GJL | 0.50 |
| 10/25/06 | Analysis regarding asset search results | CED | 0.50 |
| 10/25/06 | Analysis regarding writ of attachment | CED | 0.60 |
| 10/26/06 | Review of asset report regarding Heritage | GJL | 0.70 |
| 10/26/06 | E-mail to Ron Giller | GJL | 0.10 |

Exhibit  A   Page 21

Ron Giller, Esq.                                              November 7, 2006
ID: RLGY 1041334                                             Page 3
Invoice No: 19243160

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 10/26/06 | Analysis regarding writ of attachment | CED | 0.30 |

TOTAL FOR SERVICES  $   2,855.50

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 7.10 | 2,378.50 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 0.50 | 132.50 |
| GJL | Gary Lorch - Partner | 265.00 | 1.30 | 344.50 |

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19243160

November 7, 2006
Page 4

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | Reproduction of Documents | 26.50 |
|  | TOTAL EXPENSES | $    26.50 |

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany NJ 07054-0642

November 7, 2006
ID: RLGY 1041334
Invoice No: 19243160
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

## BILLING SUMMARY THROUGH OCTOBER 31, 2006

| | |
|---|---|
| Fees For Professional Services | 2,855.50 |
| Expenses and Advances | 26.50 |
| | -------------- |
| **CURRENT BILL** | **2,882.00** |

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit  A  Page 30

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Submitted electronically
by

Date: _12_ / _14_ / _06_

Tax ID: 94-1617026

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ   07054-0642

December 13, 2006
ID: RLGY  1041334
Invoice No: 19248400
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

---

### BILLING  SUMMARY  THROUGH  NOVEMBER 30, 2006

| | |
|---|---:|
| Fees For Professional Services | 3,356.50 |
| Expenses and Advances | 49.70 |
| | -------------- |
| **CURRENT BILL** | **3,406.20** |

---

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19248400

December 13, 2006
Page 2

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 11/02/06 | Analysis regarding complaint, attachment | CED | 0.90 |
| 11/02/06 | Telephone conference with Ron Giller | GJL | 0.10 |
| 11/02/06 | Communication with client | GJL | 0.10 |
| 11/10/06 | Review attachment papers | CED | 0.40 |
| 11/16/06 | Writ of attachment issues | CED | 0.40 |
| 11/16/06 | Analysis regarding complaint, attachment issues | CED | 0.50 |
| 11/16/06 | Begin drafting Declaration of Debbie Iuliano in support of Application for Right to Attach Orders | GJL | 3.80 |
| 11/16/06 | Analysis of documents to be used for writ of attachment | LKG | 0.40 |
| 11/17/06 | Further work on Declaration of Debbie Iuliano in support of Application for Right to Attach Orders | GJL | 1.20 |
| 11/20/06 | Analysis regarding status | CED | 0.10 |
| 11/30/06 | Analysis regarding attachment issues, complaint | CED | 0.60 |
| 11/30/06 | Revise proposed Complaint | GJL | 0.90 |
| 11/30/06 | Revise proposed Declaration of Debbie Iuliano in support of Application for Right to Attach Orders | GJL | 2.20 |
| 11/30/06 | Communications with Ron Giller | GJL | 0.30 |

TOTAL FOR SERVICES  $   3,356.50

Exhibit _A_ Page _32_

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19248400

December 13, 2006
Page 3

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 2.90 | 971.50 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 0.40 | 106.00 |
| GJL | Gary Lorch - Partner | 265.00 | 8.60 | 2,279.00 |

Exhibit A  Page 33

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19248400

December 13, 2006
Page 4

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/04/06 | Messenger Service - Beverly Hills Express Inv#26752, Ticket#565525; fees of documents delivered to Ed Buyer at Transwest, LA CA re Century 21 v. Heritage Real Estate/CEDavis/LRuehle/mgm/p2 | 21.60 |
| | Reproduction of Documents | 28.10 |
| | | ------------ |
| | TOTAL EXPENSES | $     49.70 |

Exhibit __A__ Page __34__

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany NJ 07054-0642

December 13, 2006
ID: RLGY 1041334
Invoice No: 19248400
Calvin Davis

RE:   Century 21 v. Heritage Real Estate
      RFL00000869

---

### BILLING  SUMMARY  THROUGH  NOVEMBER 30, 2006

| | |
|---|---|
| Fees For Professional Services | 3,356.50 |
| Expenses and Advances | 49.70 |
| | -------------- |
| **CURRENT BILL** | **3,406.20** |

---

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit __A__   Page 35

Submitted electronically
by

Date: __/__/_11_/_07_

LAW OFFICES
## Gordon & Rees, LLP
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Tax ID: 94-1617026

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany NJ 07054-0642

January 10, 2007
ID: RLGY 1041334
Invoice No: 19249792
Calvin Davis

RE:   Century 21 v. Heritage Real Estate
      RFL00000869

## BILLING SUMMARY THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Fees For Professional Services | 4,399.00 |
| Expenses and Advances | 1,731.45 |
| **CURRENT BILL** | **6,130.45** |

Exhibit _A_ Page _36_

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19249792

January 10, 2007
Page 2

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 12/01/06 | Communication with client | GJL | 0.10 |
| 12/15/06 | Communications with client | GJL | 0.30 |
| 12/19/06 | Communication with Debra Kraftel | GJL | 0.10 |
| 12/20/06 | Revise and finalize complaint | GJL | 0.20 |
| 12/20/06 | E-mail to Ron Giller | GJL | 0.10 |
| 12/20/06 | Further drafting of and revisions to declaration of Debbie Iuliano in support of applications for right to attach orders | GJL | 2.80 |
| 12/21/06 | Research regarding Judge Wayne Brazil, Magistrate Judge to whom case was assigned | GJL | 0.40 |
| 12/22/06 | Draft points and authorities in support of applications for right to attach orders | GJL | 2.70 |
| 12/22/06 | Draft application for right to attach order | GJL | 0.70 |
| 12/22/06 | Draft application for right to attach order (John Schlendorf) | GJL | 0.50 |
| 12/22/06 | Draft application for right to attach order (Susanna Schlendorf) | GJL | 0.50 |
| 12/22/06 | Draft declaration of Gary Lorch in support of applications for right to attach orders | GJL | 0.60 |
| 12/22/06 | Further revisions to declaration of Debbie Iuliano in support of applications for right to attach orders | GJL | 0.80 |
| 12/22/06 | Draft application for right to attach order (Churchill) | GJL | 0.50 |
| 12/22/06 | Draft proposed right to attach order | GJL | 0.30 |
| 12/26/06 | Further revisions to declaration of Debbie Iuliano in support of applications for right to attach orders | GJL | 1.50 |

Exhibit A  Page 37

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19249792

January 10, 2007
Page 3

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 12/26/06 | Revise points and authorities in support of applications for right to attach orders | GJL | 2.60 |
| 12/26/06 | Revise application for right to attach order (Heritage) | GJL | 0.30 |
| 12/27/06 | E-mail to Ron Giller | GJL | 0.30 |
| 12/27/06 | Revise applications for right to attach orders, notices of applications, and proposed right to attach orders | GJL | 1.30 |

TOTAL FOR SERVICES  $   4,399.00

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| GJL | Gary Lorch - Partner | 265.00 | 16.60 | 4,399.00 |

Exhibit  A   Page 38

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19249792

January 10, 2007
Page 4

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/27/06 | Filing Fees - Filing fee for new action/LKGarner/WDoolittle/dl | -350.00 |
| 10/23/06 | Investigator's Fees - 10/23/06 services of Transwest Investigations Inc Inv# 61476, re Century 21 v. Heritage Real Estate/CEDavis/msf | 2,071.05 |
| | Reproduction of Documents | 10.40 |
| | TOTAL EXPENSES | $  1,731.45 |

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900


Ron Giller, Esq.                                  January 10, 2007
Senior Counsel                                    ID: RLGY  1041334
Realogy Corporation                               Invoice No: 19249792
1 Campus Drive                                    Calvin Davis
Parsippany  NJ  07054-0642


RE:     Century 21 v. Heritage Real Estate
        RFL00000869

---

### BILLING SUMMARY THROUGH DECEMBER 31, 2006


    Fees For Professional Services                 4,399.00
    Expenses and Advances                          1,731.45
                                                --------------
    **CURRENT BILL**                               **6,130.45**

---

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit A   Page 40

Submitted electronically
by

Date: 2 / 15 / 07

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Tax ID: 94-1617026

Ron Giller, Esq.                                            February 12, 2007
Senior Counsel                                           ID: RLGY  1041334
Realogy Corporation                                   Invoice No: 19253233
1 Campus Drive                                          Calvin Davis
Parsippany  NJ  07054-0642


RE:     Century 21 v. Heritage Real Estate
        RFL00000869


---

### BILLING  SUMMARY  THROUGH  JANUARY 31, 2007


Fees For Professional Services                      2,524.50
Expenses and Advances                                 860.24
                                                  --------------
**CURRENT BILL**                                   **3,384.74**

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19253233

February 12, 2007
Page 2

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 01/05/07 | Telephone conference with defendants' attorney John Kelly regarding service of complaint, time of service | LKG | 0.20 |
| 01/17/07 | Analysis of need for consent to U.S. magistrate for hearing on applications for right to attach orders | GJL | 0.70 |
| 01/17/07 | Review and analysis of Second Notice of Consent to Magistrate | LKG | 0.20 |
| 01/17/07 | Telephone conference with court law clerk regarding assignment to Brazil, issues concerning magistrate | LKG | 0.10 |
| 01/17/07 | Draft memorandum regarding whether a magistrate judge can rule on a writ of attachment | ERM | 1.10 |
| 01/17/07 | Legal research regarding whether a writ of attachment is a non dispositive motion upon which a magistrate judge can rule | ERM | 1.20 |
| 01/18/07 | Telephone conference with defense counsel regarding consent to magistrate judge, appearance of corporate entity | LKG | 0.10 |
| 01/22/07 | Analysis regarding attachment issues | CED | 0.40 |
| 01/23/07 | Analysis regarding jury trial demand | CED | 0.20 |
| 01/24/07 | Analysis regarding strategy | CED | 0.40 |
| 01/25/07 | Draft Motion to Compel for form interrogatories and request for production of documents | ERM | 0.30 |
| 01/30/07 | Analysis regarding strategy, federal requirements for document exchange | CED | 0.50 |
| 01/30/07 | Analysis regarding Heritage default | CED | 0.20 |
| 01/30/07 | Prepare report to client regarding analysis of answer, including viability of affirmative defenses, Rule 26 disclosures, recommendations for future handling | LKG | 3.70 |
| 01/31/07 | Legal research regarding default judgment in federal court | ERM | 0.80 |
| 01/31/07 | Draft request for default judgment and declaration | ERM | 0.80 |

Ron Giller, Esq.                                    February 12, 2007
ID: RLGY  1041334                                   Page 3
Invoice No: 19253233

|  DATE  | DESCRIPTION | INIT | HOURS |
|--------|-------------|------|-------|

TOTAL FOR SERVICES  $  2,524.50

## SERVICES  RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 1.70 | 569.50 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 4.30 | 1,139.50 |
| GJL | Gary Lorch - Partner | 265.00 | 0.70 | 185.50 |
| ERM | Eleanor Murphy - Law Clerk | 150.00 | 4.20 | 630.00 |

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19253233

February 12, 2007
Page 4

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/28/06 | Messenger Service - FedEx service for 861908991,790148248965,Delivery service fees of 44.98 (Customer Packaging) to Sandy  Bell, 1280 Boulevard Way/WALNUT CREEK, CA 94595 re: 1781/Century 21 v. Heritage Real Estate | 44.98 |
| 12/29/06 | Process Server - One Hour Delivery Service, Inc. Inv#109131, Order#208568; fees to process serve John W. Schlendorf, Danville CA re Century 21 v. Heritage Real Estate/CEDavis/MOwen/mgm | 70.00 |
| 12/29/06 | Process Server - One Hour Delivery Service, Inc. Inv#109131, Order#208569; fees to process serve John W. Schlendorf, Danville CA re Century 21 v. Heritage Real Estate/CEDavis/MOwen/mgm | 70.00 |
| 12/29/06 | Process Server - One Hour Delivery Service, Inc. Inv#109131, Order#208568; fees to process serve Jane Doe ( refused name) re Century 21 v. Heritage Real Estate/CEDavis/MOwen/mgm | 140.00 |
| 12/29/06 | Process Server - One Hour Delivery Service, Inc. Inv#109131, Order#208571; fees to process serve Allison Bray, Orinda CA re Century 21 v. Heritage Real Estate/CEDavis/MOwen/mgm | 150.00 |
| 01/02/07 | Messenger Service - FedEx service for 861908991,791201490748,Delivery service fees of 34.11 (Customer Packaging) to Sandy Bell, 1280 Boulevard Way/WALNUT CREEK, CA 94595 re: 1781/Century 21 v. Heritage Real Estate | 34.11 |
| 01/05/07 | Messenger Service - FedEx service for 863158228,840768647039,Delivery service fees of 14.18 (FedEx Envelope) to MILA OWENS, 633 WEST FIFTH ST STE 4900/LOS ANGELES, CA 90071 re: Century 21 v. Heritage Real Estate | 14.18 |
| 01/18/07 | Messenger Service - FedEx service for 865728505,790161745886,Delivery service fees of 17.79 (FedEx Envelope) to John W   Schlendorf, Jr, 109 Raven Ct/DANVILLE, CA 94526 re: 1525/Century 21 v. Heritage Real Estate | 17.79 |
| 01/18/07 | Messenger Service - FedEx service for | 15.38 |

Exhibit  A  Page  44

Ron Giller, Esq.
ID: RLGY  1041334
Invoice No: 19253233

February 12, 2007
Page 5

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 865728505,791213239690,Delivery service fees of 15.38 (FedEx Envelope) to J  John Kelly, 1981 N Broadway/WALNUT CREEK, CA 94596 re: 1525/Century 21 v. Heritage Real Estate Reproduction of Documents | 303.80 |
| | TOTAL EXPENSES | $   860.24 |

Exhibit  A   Page 45

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany NJ 07054-0642

February 12, 2007
ID: RLGY 1041334
Invoice No: 19253233
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

## BILLING SUMMARY THROUGH JANUARY 31, 2007

| | |
|---|---|
| Fees For Professional Services | 2,524.50 |
| Expenses and Advances | 860.24 |
| | -------------- |
| **CURRENT BILL** | **3,384.74** |

## REMITTANCE COPY

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit A Page 46

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

Tax ID: 94-1617026

Submitted electronically
by

Date: _3_ / _15_ / _07_

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ  07054-0642

March 13, 2007
ID: RLGY  1041334
Invoice No: 19256871
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

## BILLING SUMMARY THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Fees For Professional Services | 2,266.00 |
| Expenses and Advances | 667.91 |
| **CURRENT BILL** | **2,933.91** |

Exhibit  A   Page 47

Ron Giller, Esq.                                    March 13, 2007
ID: RLGY  1041334                                   Page 2
Invoice No: 19256871

## PROFESSIONAL  SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 02/01/07 | Analysis regarding attachment issues | CED | 0.40 |
| 02/01/07 | Update declaration and supporting documentation for entry of default | LKG | 0.70 |
| 02/01/07 | Prepare correspondence to client | LKG | 0.20 |
| 02/01/07 | Prepare correspondence to client | LKG | 0.40 |
| 02/01/07 | Draft request for entry of default and accompanying documents | ERM | 1.00 |
| 02/02/07 | Develop strategy for further handling | GJL | 0.80 |
| 02/02/07 | Revise proposed letter to Ron Giller | GJL | 0.20 |
| 02/02/07 | Review e-mail from client | CED | 0.20 |
| 02/02/07 | Analysis regarding e-discovery issues, federal rules disclosures | CED | 0.90 |
| 02/05/07 | Review of personal guaranties regarding choice of law provisions | GJL | 0.70 |
| 02/05/07 | Telephone with client (No Charge) | CED | 0.70 |
| 02/05/07 | Telephone conference with defense counsel regarding removal of Century 21 sign at Lafayette location | LKG | 0.10 |
| 02/05/07 | Prepare correspondence to defense counsel regarding removal of Century 21 sign at Lafayette location, follow up to telephone conversation, with photograph | LKG | 0.20 |
| 02/06/07 | Analysis regarding trademark issues | CED | 0.40 |
| 02/06/07 | Legal research regarding time in which a default judgment must be entered after entry of default is filed in Federal Court | ERM | 0.50 |
| 02/07/07 | Telephone conference with Daniel Eliades, bankruptcy counsel for Realogy | GJL | 0.10 |

Exhibit  A  Page 48

Ron Giller, Esq.                                                    March 13, 2007
ID: RLGY 1041334                                                    Page 3
Invoice No: 19256871

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 02/07/07 | Conference with Calvin Davis and Ron Giller regarding case strategy | GJL | 0.70 |
| 02/08/07 | E-mail to Ron Giller | GJL | 0.10 |
| 02/13/07 | E-mail to client | GJL | 0.20 |
| 02/14/07 | Brief review of bankruptcy petitions filed by Schlendorfs and Churchill | GJL | 0.40 |
| 02/14/07 | Telephone conference with bankruptcy counsel for Realogy | GJL | 0.10 |
| 02/14/07 | Letter to bankruptcy counsel for Realogy, forwarding copies of necessary pleadings | GJL | 0.10 |
| 02/15/07 | Telephone conference with Phil Weingrow regarding dissipation of assets by principals of Heritage | GJL | 0.30 |

TOTAL FOR SERVICES  $   2,266.00

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| CED | Calvin Davis - Partner | 335.00 | 2.60 | 636.50 |
| LKG | Lisa Garner - Senior Counsel | 265.00 | 1.60 | 424.00 |
| GJL | Gary Lorch - Partner | 265.00 | 3.70 | 980.50 |
| ERM | Eleanor Murphy - Law Clerk | 150.00 | 1.50 | 225.00 |

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19256871

March 13, 2007
Page 4

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02/07 | Filing Fees - LexisNexis CourtLink, Invoice# 2006120062652001; Filing service fees for Attachements 1 to 6 complaint re Century 21 v. Herit ; Filing ID: 13252909/SEF/msf | 392.25 |
| 01/10/07 | Messenger Service - Beverly Hills Express, Inv#27527, Ticket#581135; service fees of document s delivered to Dave in Oakland US District Court re Century 21 v. Heritage Real Estate/CEDavis/mgm/p10 | 149.00 |
| 02/14/07 | Messenger Service - FedEx service for 870877553,791232698732,Delivery service fees of 44.16 (Customer Packaging) to Daniel M Eliades, Esq, 218 Route 17 North/ROCHELLE PARK, NJ 07662 re: 1781/Century 21 v. Heritage Real Estate | 44.16 |
| | Reproduction of Documents | 82.50 |
| | | ------------ |
| | TOTAL EXPENSES | $   667.91 |

Exhibit  A    Page 50

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900

Ron Giller, Esq.                                          March 13, 2007
Senior Counsel                                           ID: RLGY  1041334
Realogy Corporation                                     Invoice No: 19256871
1 Campus Drive                                          Calvin Davis
Parsippany  NJ  07054-0642

RE:    Century 21 v. Heritage Real Estate
          RFL00000869

---

### BILLING SUMMARY THROUGH FEBRUARY 28, 2007

|  |  |
|---|---|
| Fees For Professional Services | 2,266.00 |
| Expenses and Advances | 667.91 |
| | -------------- |
| **CURRENT BILL** | **2,933.91** |

---

### REMITTANCE COPY

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit  A   Page  51

LAW OFFICES
**Gordon & Rees, LLP**
275 BATTERY STREET, 20th FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 986-5900

**Submitted electronically by**

Date: 4 / 12 / 07

Tax ID: 94-1617026

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ  07054-0642

April 11, 2007
ID: RLGY  1041334
Invoice No: 19259742
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

---

### BILLING SUMMARY THROUGH MARCH 31, 2007

Fees For Professional Services                4,979.50
                                            --------------
**CURRENT BILL**                            **4,979.50**

---

Ron Giller, Esq.                               April 11, 2007
ID: RLGY  1041334                         Page 2
Invoice No: 19259742

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|---|---|---|---|
| 02/16/07 | Legal research in New Jersey case law and statute regarding whether a guarantor/obligor on a personal guaranty has less, or no defenses | DSH | 1.20 |
| 03/01/07 | E-mail to bankruptcy counsel regarding Proof of Claim | GJL | 0.10 |
| 03/07/07 | Communication with client and with bankruptcy counsel regarding strategy for proceeding against Heritage | GJL | 0.20 |
| 03/14/07 | Research regarding Joel Olivas and communication with Ron Gilller regarding same | GJL | 0.70 |
| 03/22/07 | Communications with bankruptcy counsel regarding Rule 2004 examinations | GJL | 0.20 |
| 03/23/07 | Status report | GJL | 0.20 |
| 03/26/07 | Communications with client | GJL | 0.20 |
| 03/27/07 | Analysis regarding default issues | CED | 0.20 |
| 03/27/07 | Draft application for default judgment | GJL | 4.20 |
| 03/28/07 | Analysis regarding default prove up issues | CED | 0.40 |
| 03/28/07 | Draft Declaration of Debbie Iuliano in support of application for default judgment | GJL | 1.30 |
| 03/28/07 | Revise application for default judgment | GJL | 4.60 |
| 03/28/07 | Communications with Ron Giller and Debra Kraftel | GJL | 0.50 |
| 03/29/07 | Calculation of pre-judgment interest for application for default judgment | GJL | 0.80 |
| 03/29/07 | Research regarding maximum rate of interest in New Jersey | GJL | 0.70 |
| 03/30/07 | Analysis regarding default issues | CED | 0.50 |
| 03/30/07 | Revise Declaration of Debbie Iuliano in support of application for | GJL | 0.30 |

Exhibit A   Page 53

Ron Giller, Esq.
ID: RLGY 1041334
Invoice No: 19259742

April 11, 2007
Page 3

| DATE | DESCRIPTION | INIT | HOURS |
|---|---|---|---|
| | default judgment | | |
| 03/30/07 | Revise calculation of pre-judgment interest for application for default judgment | GJL | 0.60 |
| 03/30/07 | Revise application for default judgment | GJL | 1.20 |
| 03/30/07 | Research regarding UCC filings against Heritage | GJL | 0.40 |

TOTAL FOR SERVICES  $   4,979.50

### SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CED | Calvin Davis - Partner | 335.00 | 1.10 | 368.50 |
| DSH | Dennis Hyun - Associate | 265.00 | 1.20 | 318.00 |
| GJL | Gary Lorch - Partner | 265.00 | 16.20 | 4,293.00 |

Exhibit _A_   Page _54_

**GORDON & REES, LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900

Ron Giller, Esq.
Senior Counsel
Realogy Corporation
1 Campus Drive
Parsippany  NJ   07054-0642

April 11, 2007
ID: RLGY  1041334
Invoice No: 19259742
Calvin Davis

RE:    Century 21 v. Heritage Real Estate
       RFL00000869

### BILLING  SUMMARY  THROUGH  MARCH 31, 2007

| | |
|---|---|
| Fees For Professional Services | 4,979.50 |
| | -------------- |
| **CURRENT BILL** | **4,979.50** |

**R E M I T T A N C E   C O P Y**

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

Exhibit _A_    Page _55_