# EXHIBIT B

# THE SURVEY OF LAW FIRM ECONOMICS

## 2006 Edition

Conducted by
**ALTMAN WEIL®, INC.**
CONSULTANTS TO THE LEGAL PROFESSION

Published by
**ALTMAN WEIL® PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
(888) 782-7297, toll free in the U.S.
(610) 886-2025

Visit our website: http://www.altmanweil.com
Shop our new on-line store: https://store.altmanweil.com

Suite 200
Two Campus Boulevard
Newtown Square, PA 19073
610-886-2000

Suite 202
8555 W. Forest Home Avenue
Milwaukee, WI 53228
414-427-5400

Price $810.00

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT © 2006, ALTMAN WEIL® PUBLICATIONS, INC., NEWTOWN SQUARE, PA 19073

Exhibit _B_  Page_ 56_

Altman Weil Publications, Inc.

2006 Survey of Law Firm Economics  -  Page 2

Exhibit _B_ Page _51_

# TABLE OF CONTENTS

Introduction

Section I -- Financials

Section II -- Hourly Rates

Section III -- Billable Hours

Section IV -- Compensation

Section V -- Personnel Ratios

Section VI -- Questionnaire

Exhibit _B_ Page _58_ -

Altman Weil Publications, Inc.

2006 Survey of Law Firm Economics - Page 4

Exhibit _B_ Page _59_

# INTRODUCTION

The *Survey of Law Firm Economics, 2006 Edition* (based on 2005 data) is the most complete, accurate and up-to-date set of economic statistics and financial data available about the legal profession. This year's survey contains information from 17,285 lawyers including 6,988 associates, 8,991 partners/shareholders (equity and non-equity), 967 active counsels, and 339 staff lawyers working in 285 U.S. law firms. In its 34th year, the survey remains an invaluable tool for managers of law firms.

To be a useful tool, the survey must provide the relevant information required by law firm managers. Altman Weil recently partnered with the International Paralegal Management Association, formerly LAMA, to develop and publish a more comprehensive tool for managing paralegal positions. If you are interested in paralegal data, please contact Altman Weil Publications for product information and pricing.

Altman Weil, Inc. is committed to meeting the information needs of the legal profession and as such, invites you as a purchaser and/or participant to call or write us with your candid critique, suggestions and questions. The survey will continue to improve only through our ability to understand your evolving needs for information. If you know one of our consultants, please call with your thoughts and questions. If you do not, please call Dan DiLucchio at (610) 886-2000.

## USE OF THE SURVEY

The survey is designed to provide the information necessary for law firm managers to evaluate their firm's performance relative to comparable law firms. The statistics included in the survey represent broad performance benchmarks against which an individual firm can be measured. Using this information, law firm management can compare their firm's performance and figures with those of the profession as a whole, as well as with firms of similar size, geographic location, population, practice specialty, etc.

This survey is particularly useful to firm management, administrators, strategic planners and office or department heads, who are able to efficiently develop comparative analyses of the various statistical data with their firm's data. Many are experienced in development of these analyses and in development of effective presentation charts and graphs. However, over the years we have encountered others who have found the analysis more difficult. Accordingly, we have developed a program that will prepare customized tabulation of your data against relative benchmarks.

Please contact Altman Weil Publications at (888) 782-7297, toll free in the U.S. or (610) 886-2025 if you wish to discuss development of comparative charts for your firm.

Exhibit B Page 60

# REGION
## STANDARD HOURLY BILLING RATES
### As of January 1, 2006

| Region/Status | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| New England | Equity Partner/Shareholder | 23 | 238 | 277 | 225 | 265 | 316 | 375 |
| | Non-Equity Partner | 19 | 44 | 278 | 228 | 275 | 309 | 380 |
| | Associate/Staff Lawyer | 25 | 188 | 190 | 155 | 185 | 220 | 260 |
| Middle Atlantic | Equity Partner/Shareholder | 71 | 1,097 | 349 | 270 | 325 | 420 | 500 |
| | Non-Equity Partner | 51 | 411 | 335 | 265 | 325 | 400 | 455 |
| | Associate/Staff Lawyer | 73 | 1,303 | 234 | 180 | 220 | 275 | 335 |
| South Atlantic | Equity Partner/Shareholder | 131 | 1,394 | 326 | 265 | 325 | 375 | 450 |
| | Non-Equity Partner | 95 | 564 | 301 | 240 | 300 | 350 | 415 |
| | Associate/Staff Lawyer | 124 | 1,637 | 210 | 165 | 200 | 245 | 290 |
| East South Central | Equity Partner/Shareholder | 27 | 395 | 266 | 230 | 265 | 305 | 335 |
| | Non-Equity Partner | 20 | 91 | 272 | 230 | 260 | 300 | 329 |
| | Associate/Staff Lawyer | 28 | 365 | 178 | 150 | 175 | 195 | 225 |
| West South Central | Equity Partner/Shareholder | 43 | 610 | 276 | 225 | 260 | 320 | 375 |
| | Non-Equity Partner | 20 | 108 | 244 | 191 | 230 | 299 | 340 |
| | Associate/Staff Lawyer | 37 | 504 | 186 | 150 | 175 | 210 | 260 |
| East North Central | Equity Partner/Shareholder | 116 | 1,638 | 285 | 238 | 285 | 330 | 365 |
| | Non-Equity Partner | 75 | 501 | 267 | 207 | 255 | 315 | 379 |
| | Associate/Staff Lawyer | 120 | 1,559 | 185 | 150 | 180 | 215 | 240 |
| West North Central | Equity Partner/Shareholder | 32 | 476 | 266 | 215 | 270 | 315 | 365 |
| | Non-Equity Partner | 17 | 98 | 234 | 185 | 245 | 275 | 301 |
| | Associate/Staff Lawyer | 32 | 452 | 161 | 135 | 160 | 185 | 210 |
| Mountain | Equity Partner/Shareholder | 36 | 427 | 266 | 200 | 260 | 305 | 366 |
| | Non-Equity Partner | 13 | 48 | 260 | 205 | 275 | 304 | 336 |
| | Associate/Staff Lawyer | 34 | 329 | 178 | 145 | 175 | 200 | 240 |
| Pacific | Equity Partner/Shareholder | 43 | 451 | 337 | 250 | 315 | 425 | 475 |
| | Non-Equity Partner | 25 | 105 | 344 | 258 | 360 | 423 | 487 |
| | Associate/Staff Lawyer | 44 | 481 | 234 | 185 | 225 | 275 | 325 |

RATE

Exhibit B  Page 61

## REGION BY YEARS OF LEGAL EXPERIENCE
### STANDARD HOURLY BILLING RATES
### As of January 1, 2006

| Region/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | RATE Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| West North Central | Under 2 Years | 22 | 98 | 140 | 125 | 140 | 150 | 180 |
| | 2 or 3 Years | 24 | 103 | 154 | 140 | 155 | 175 | 195 |
| | 4 or 5 Years | 25 | 99 | 162 | 147 | 165 | 190 | 205 |
| | 6 or 7 Years | 24 | 83 | 177 | 155 | 185 | 210 | 235 |
| | 8 to 10 Years | 21 | 83 | 202 | 166 | 215 | 245 | 270 |
| | 11 to 15 Years | 27 | 136 | 231 | 195 | 238 | 275 | 300 |
| | 16 to 20 Years | 25 | 115 | 246 | 190 | 250 | 300 | 350 |
| | 21 to 30 Years | 26 | 176 | 270 | 215 | 270 | 330 | 377 |
| | 31 or More Years | 28 | 132 | 286 | 235 | 270 | 340 | 404 |
| Mountain | Under 2 Years | 25 | 77 | 161 | 145 | 165 | 175 | 185 |
| | 2 or 3 Years | 19 | 61 | 163 | 138 | 150 | 195 | 200 |
| | 4 or 5 Years | 21 | 63 | 183 | 150 | 175 | 225 | 230 |
| | 6 or 7 Years | 23 | 58 | 190 | 145 | 180 | 225 | 270 |
| | 8 to 10 Years | 25 | 76 | 217 | 175 | 203 | 250 | 300 |
| | 11 to 15 Years | 22 | 91 | 224 | 185 | 215 | 275 | 298 |
| | 16 to 20 Years | 26 | 95 | 246 | 185 | 230 | 295 | 347 |
| | 21 to 30 Years | 30 | 184 | 268 | 206 | 260 | 325 | 375 |
| | 31 or More Years | 26 | 97 | 305 | 250 | 300 | 350 | 405 |
| Pacific | Under 2 Years | 30 | 87 | 189 | 160 | 185 | 225 | 240 |
| | 2 or 3 Years | 32 | 106 | 216 | 175 | 218 | 260 | 275 |
| | 4 or 5 Years | 34 | 102 | 246 | 190 | 245 | 295 | 325 |
| | 6 or 7 Years | 30 | 68 | 253 | 189 | 243 | 304 | 355 |
| | 8 to 10 Years | 36 | 100 | 270 | 206 | 250 | 329 | 389 |
| | 11 to 15 Years | 32 | 140 | 290 | 221 | 285 | 369 | 405 |
| | 16 to 20 Years | 36 | 104 | 334 | 250 | 320 | 415 | 480 |
| | 21 to 30 Years | 38 | 207 | 344 | 250 | 325 | 425 | 486 |
| | 31 or More Years | 33 | 116 | 380 | 300 | 375 | 450 | 525 |

Exhibit B Page 62

**STATE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2006**

| State/Status | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| AL | Partner/Shareholder-Equity/Non-Equity | 13 | 202 | 248 | 205 | 245 | 275 | 319 |
| | Associate/Staff Lawyer | 13 | 145 | 163 | 150 | 160 | 180 | 200 |
| AR | Partner/Shareholder-Equity/Non-Equity | 5 | 97 | 242 | 205 | 235 | 280 | 300 |
| | Associate/Staff Lawyer | 4 | 54 | -- | -- | -- | -- | -- |
| AZ | Partner/Shareholder-Equity/Non-Equity | 8 | 83 | 282 | 250 | 290 | 325 | 371 |
| | Associate/Staff Lawyer | 8 | 77 | 181 | 163 | 185 | 225 | 250 |
| CA | Partner/Shareholder-Equity/Non-Equity | 30 | 311 | 391 | 310 | 400 | 450 | 515 |
| | Associate/Staff Lawyer | 28 | 317 | 258 | 215 | 255 | 298 | 350 |
| CO | Partner/Shareholder-Equity/Non-Equity | 7 | 102 | 256 | 165 | 268 | 328 | 364 |
| | Associate/Staff Lawyer | 7 | 77 | 182 | 145 | 165 | 213 | 250 |
| CT | Partner/Shareholder-Equity/Non-Equity | 7 | 55 | 332 | 300 | 315 | 375 | 390 |
| | Associate/Staff Lawyer | 7 | 48 | 235 | 195 | 233 | 265 | 300 |
| DC | Partner/Shareholder-Equity/Non-Equity | 16 | 189 | 431 | 363 | 425 | 485 | 565 |
| | Associate/Staff Lawyer | 12 | 178 | 293 | 239 | 288 | 350 | 390 |
| DE | Partner/Shareholder-Equity/Non-Equity | 8 | 85 | 415 | 355 | 415 | 473 | 500 |
| | Associate/Staff Lawyer | 5 | 79 | 271 | 220 | 255 | 305 | 350 |
| FL | Partner/Shareholder-Equity/Non-Equity | 35 | 359 | 304 | 250 | 300 | 350 | 400 |
| | Associate/Staff Lawyer | 33 | 383 | 192 | 160 | 190 | 220 | 250 |
| GA | Partner/Shareholder-Equity/Non-Equity | 13 | 201 | 263 | 175 | 250 | 350 | 399 |
| | Associate/Staff Lawyer | 11 | 206 | 174 | 130 | 155 | 211 | 260 |
| HI | Partner/Shareholder-Equity/Non-Equity | 2 | 16 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 2 | 16 | -- | -- | -- | -- | -- |
| IA | Partner/Shareholder-Equity/Non-Equity | 3 | 13 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 1 | 7 | -- | -- | -- | -- | -- |
| ID | Partner/Shareholder-Equity/Non-Equity | 4 | 31 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 3 | 20 | -- | -- | -- | -- | -- |

(continued on next page)

Exhibit B  Page 63

**STATE BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2006**

| State/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | RATE Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| AL | Under 2 Years | 10 | 33 | 151 | 135 | 150 | 170 | 175 |
| | 2 or 3 Years | 10 | 37 | 154 | 143 | 160 | 165 | 181 |
| | 4 or 5 Years | 8 | 27 | 156 | 125 | 150 | 180 | 196 |
| | 6 or 7 Years | 12 | 39 | 194 | 165 | 190 | 210 | 250 |
| | 8 to 10 Years | 10 | 32 | 204 | 176 | 200 | 225 | 254 |
| | 11 to 15 Years | 12 | 53 | 222 | 198 | 225 | 245 | 271 |
| | 16 to 20 Years | 9 | 36 | 233 | 203 | 225 | 258 | 275 |
| | 21 to 30 Years | 11 | 50 | 264 | 225 | 260 | 315 | 325 |
| | 31 or More Years | 9 | 40 | 288 | 248 | 290 | 325 | 390 |
| AZ | Under 2 Years | 6 | 13 | 161 | -- | 165 | -- | -- |
| | 11 to 15 Years | 6 | 25 | 224 | 183 | 225 | 285 | 298 |
| | 16 to 20 Years | 6 | 20 | 252 | 185 | 290 | 303 | 324 |
| | 21 to 30 Years | 7 | 34 | 262 | 185 | 290 | 325 | 375 |
| | 31 or More Years | 6 | 20 | 317 | 293 | 325 | 358 | 400 |
| CA | Under 2 Years | 18 | 49 | 206 | 168 | 210 | 240 | 250 |
| | 2 or 3 Years | 22 | 74 | 231 | 198 | 245 | 275 | 275 |
| | 4 or 5 Years | 21 | 67 | 271 | 230 | 285 | 305 | 346 |
| | 6 or 7 Years | 20 | 41 | 277 | 225 | 285 | 340 | 360 |
| | 8 to 10 Years | 21 | 57 | 302 | 245 | 295 | 363 | 407 |
| | 11 to 15 Years | 20 | 87 | 320 | 265 | 310 | 380 | 421 |
| | 16 to 20 Years | 24 | 60 | 386 | 325 | 405 | 450 | 525 |
| | 21 to 30 Years | 26 | 118 | 400 | 325 | 403 | 475 | 516 |
| | 31 or More Years | 21 | 69 | 434 | 368 | 450 | 490 | 540 |

(continued on next page)

Exhibit _B_ Page _64_

**FIRM SIZE BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2006

| Firm Size/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| | Under 2 Years | 66 | 264 | 157 | 131 | 152 | 175 | 210 |
| | 2 or 3 Years | 67 | 283 | 173 | 145 | 165 | 190 | 230 |
| | 4 or 5 Years | 68 | 247 | 185 | 153 | 185 | 210 | 260 |
| | 6 or 7 Years | 65 | 214 | 201 | 169 | 195 | 225 | 285 |
| 41 to 75 Lawyers | 8 to 10 Years | 70 | 280 | 219 | 176 | 215 | 250 | 300 |
| | 11 to 15 Years | 72 | 372 | 244 | 200 | 240 | 280 | 353 |
| | 16 to 20 Years | 79 | 343 | 259 | 210 | 250 | 300 | 370 |
| | 21 to 30 Years | 82 | 629 | 282 | 225 | 275 | 325 | 380 |
| | 31 or More Years | 74 | 361 | 301 | 245 | 290 | 350 | 420 |
| | Under 2 Years | 79 | 486 | 172 | 147 | 165 | 190 | 215 |
| | 2 or 3 Years | 88 | 492 | 187 | 160 | 185 | 210 | 234 |
| | 4 or 5 Years | 95 | 455 | 209 | 180 | 200 | 235 | 275 |
| 76 to 150 Lawyers | 6 or 7 Years | 93 | 418 | 224 | 195 | 220 | 250 | 285 |
| | 8 to 10 Years | 97 | 494 | 251 | 215 | 245 | 285 | 328 |
| | 11 to 15 Years | 105 | 677 | 273 | 235 | 270 | 305 | 356 |
| | 16 to 20 Years | 103 | 602 | 298 | 250 | 300 | 340 | 389 |
| | 21 to 30 Years | 119 | 1,017 | 321 | 275 | 320 | 360 | 415 |
| | 31 or More Years | 98 | 532 | 339 | 280 | 335 | 390 | 450 |
| | Under 2 Years | 65 | 321 | 189 | 150 | 200 | 220 | 240 |
| | 2 or 3 Years | 76 | 427 | 204 | 165 | 200 | 240 | 275 |
| | 4 or 5 Years | 79 | 378 | 233 | 185 | 225 | 275 | 325 |
| Over 150 Lawyers | 6 or 7 Years | 82 | 361 | 249 | 195 | 250 | 290 | 349 |
| | 8 to 10 Years | 87 | 436 | 277 | 220 | 265 | 325 | 392 |
| | 11 to 15 Years | 86 | 510 | 305 | 240 | 295 | 365 | 430 |
| | 16 to 20 Years | 83 | 436 | 331 | 260 | 325 | 395 | 450 |
| | 21 to 30 Years | 93 | 782 | 365 | 295 | 358 | 435 | 495 |
| | 31 or More Years | 84 | 436 | 385 | 315 | 375 | 445 | 525 |

Exhibit _B_ Page _65_

**INDIVIDUAL LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2006**

| Specialty/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Antitrust | 21 to 30 Years | 7 | 9 | 381 | -- | -- | -- | -- |
| Bankruptcy | Under 2 Years | 7 | 14 | 206 | -- | 213 | -- | -- |
| | 2 or 3 Years | 12 | 17 | 220 | 185 | 210 | 255 | 284 |
| | 4 or 5 Years | 8 | 13 | 264 | -- | 275 | -- | -- |
| | 6 or 7 Years | 10 | 13 | 225 | -- | 195 | -- | -- |
| | 8 to 10 Years | 8 | 11 | 292 | -- | 250 | -- | -- |
| | 11 to 15 Years | 21 | 29 | 320 | 228 | 310 | 403 | 485 |
| | 16 to 20 Years | 20 | 25 | 317 | 238 | 295 | 385 | 440 |
| | 21 to 30 Years | 29 | 39 | 336 | 290 | 320 | 345 | 475 |
| Collections | 21 to 30 Years | 6 | 7 | 248 | -- | -- | -- | -- |
| Comm'l/Contract | Under 2 Years | 44 | 81 | 169 | 150 | 165 | 185 | 200 |
| | 2 or 3 Years | 52 | 92 | 185 | 165 | 183 | 205 | 225 |
| | 4 or 5 Years | 41 | 71 | 198 | 175 | 195 | 220 | 247 |
| | 6 or 7 Years | 37 | 65 | 234 | 200 | 225 | 275 | 290 |
| | 8 to 10 Years | 51 | 78 | 244 | 210 | 235 | 271 | 326 |
| | 11 to 15 Years | 60 | 109 | 263 | 223 | 250 | 298 | 350 |
| | 16 to 20 Years | 50 | 65 | 294 | 245 | 280 | 340 | 394 |
| | 21 to 30 Years | 81 | 134 | 301 | 250 | 290 | 336 | 418 |
| | 31 or More Years | 44 | 65 | 330 | 265 | 315 | 380 | 450 |
| Criminal | 11 to 15 Years | 7 | 7 | 274 | -- | -- | -- | -- |
| | 16 to 20 Years | 8 | 8 | 263 | -- | -- | -- | -- |
| | 21 to 30 Years | 9 | 10 | 368 | -- | -- | -- | -- |
| | 31 or More Years | 10 | 10 | 337 | -- | -- | -- | -- |

(continued on next page)

Exhibit B Page 66

# EXHIBIT C


**Mellon**

---

## Press Releases

**Mellon Financial Corporation Raises Prime Interest Rate**

**PITTSBURGH, June 29, 2006** — Mellon Financial Corporation today announced it has raised its prime interest rate from 8.00 percent to 8.25 percent, effective today (Thursday, June 29).

Mellon Financial Corporation is a global financial services company. Headquartered in Pittsburgh, Mellon is one of the world's leading providers of financial services for institutions, corporations and high net worth individuals, providing asset management, private wealth management, asset servicing, payment solutions and investor services. Mellon has approximately $4.9 trillion in assets under management, administration or custody, including $808 billion under management. News and other information about Mellon is available at www.mellon.com.

 # # #

---

© Copyright Mellon Financial Corporation. All Rights Reserved.

Exhibit \_\_C\_\_ Page\_\_ 67\_\_

# EXHIBIT D

May 18, 2007



**Home Loans | Personal Loans | Car Loans Insurance | Credit Cards | Credit Reports Commercial Loans | Calculators | & More**

Ads by Google
Prime Rates
Prime com
Prime Finance
Prime Funding

○ Web   ● MoneyCafe.com

[ Google Search ]

**History Prime Rate**
$150k loan for $381/month. Compare rates!
www.Refinance.Low.com

**Today's Prime Rate**
View the current prime rate & find mortgage lenders - All 50 States
www.zoogage.com

**Prime Rate**
Find Financial Services Solutions For Your Business. Get It Done Now!
www.business.com

**Compare Mortgage Ra**
Get Free Quotes On Low Refinancing & New Home Today!
RateSlide.com

Ads b

| **Prime Rate**<br>**1 Year Treasury (CMT)**<br>**12 Month Treasury Avg**<br>**(12MTA)** | **LIBOR**<br>**1 Month | 3 Month**<br>**6 Month | 1 Year** | **11th District Cost of Funds Index (COFI)**<br>**Certificates of Deposit Index (CODI)**<br>**Cost of Savings Index (COSI)** | **Comparison Charts**<br>**Fed Funds Target Rate** |
|---|---|---|---|

## Prime Rate

Historical Graph | Historical Chart | Other Rates/Indexes | Add this Page to Your Favorites (click here)

The last reported rate is: **8.25 %**
Effective Since June 29, 2006

What is the Prime Rate? The Prime Interest Rate is the interest rate charged by banks to their most creditworthy customers (usually the most prominent and stable business customers). The rate is almost always the same amongst major banks. Adjustments to the prime lending rate are made by banks at the same time; although, the prime rate does not adjust on any regular basis. The rates reported below are based upon the prime rates on the first day of each respective month.

## Historical Graph

Exhibit _D_    Page _68_



## Historical Chart

| Prime Rate | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Jan 1 | 8.25% | 8.50% | 7.75% | 8.50% | 9.50% | 4.75% | 4.25% | 4.00% | 5.25% | 7.25% | 8.25% |
| Feb 1 | 8.25% | 8.50% | 7.75% | 8.50% | 8.50% | 4.75% | 4.25% | 4.00% | 5.25% | 7.50% | 8.25% |
| Mar 1 | 8.25% | 8.50% | 7.75% | 8.75% | 8.50% | 4.75% | 4.25% | 4.00% | 5.50% | 7.50% | 8.25% |
| Apr 1 | 8.50% | 8.50% | 7.75% | 9.00% | 8.00% | 4.75% | 4.25% | 4.00% | 5.75% | 7.75% | 8.25% |
| May 1 | 8.50% | 8.50% | 7.75% | 9.00% | 7.50% | 4.75% | 4.25% | 4.00% | 5.75% | 7.75% | 8.25% |
| Jun 1 | 8.50% | 8.50% | 7.75% | 9.50% | 7.00% | 4.75% | 4.25% | 4.00% | 6.00% | 8.00% | |
| Jul 1 | 8.50% | 8.50% | 8.00% | 9.50% | 6.75% | 4.75% | 4.00% | 4.25% | 6.25% | 8.25% | |
| Aug 1 | 8.50% | 8.50% | 8.00% | 9.50% | 6.75% | 4.75% | 4.00% | 4.25% | 6.25% | 8.25% | |
| Sep 1 | 8.50% | 8.50% | 8.25% | 9.50% | 6.50% | 4.75% | 4.00% | 4.50% | 6.50% | 8.25% | |
| Oct 1 | 8.50% | 8.25% | 8.25% | 9.50% | 6.00% | 4.75% | 4.00% | 4.75% | 6.75% | 8.25% | |
| Nov 1 | 8.50% | 8.00% | 8.25% | 9.50% | 5.50% | 4.75% | 4.00% | 4.75% | 7.00% | 8.25% | |
| Dec 1 | 8.50% | 7.75% | 8.50% | 9.50% | 5.00% | 4.25% | 4.00% | 5.00% | 7.00% | 8.25% | |
| Copyright 2007 **MoneyCafe.com** | | | | | | | | | | |

Source: Federal Reserve Board

A complete history of the specific dates on which the Prime Rate changed are found on the Federal Reserve Bank of St. Louis website at   http://research.stlouisfed.org/fred2/data/PRIME.txt

Reasonable efforts are made to maintain accurate information. However, information could contain errors or inaccuracies and is presented without warranty. No liability is assumed for errors or omissions.

Exhibit  D   Page  67    5/18/2007


Case 3:06-cv-07809-SC    Document 54-3    Filed 05/21/2007    Page 18 of 21

© 1995-2007  MoneyCafe.com ®
All Rights Reserved.



Exhibit___D___Page___Jb___

   

 **Browse Our Site:** Find The Best Mortgage  **Search Mortgage Library:**  

Types Of Mortgage Loans + Find The Best Mortgage + Credit Grade Guide

Mortgage Lender Directory + Mortgage Calculators + Mortgage (ARM) Indexes
Ask A Mortgage Related Question + Articles And Publications + Mortgage Glossary
Historical Mortgage Index Data + Historical Mortgage Rate Data + Home

Mortgage Mar
+ Search Mortg
Interest Rat

# Mortgage (ARM) Indexes

CMT + CMT FAQ + T-Bill + T-Bill FAQ + MTA + MTA FAQ + CODI + COFI + COFI FAQ + COSI + LIBOR + LIBOR FAQ + CD + Prime Rate + RNY + FHFB Contract Rate

! Current Values + Release Dates + Comparison Chart + Which Index Is Better? + 6-Month Trends + Lagging Indexes + Will Rates Rise or Fall?

! Historical Data Search + COFI History + COSI History + CODI History + MTA History + Prime Rate History + Daily WSJ LIBOR Histories + FNMA LIBOR History

Monthly CMT History + Daily CMT Histories + National Average Contract Mortgage Rate History + Federal COFI History + National Monthly Median COFI History

1-, 3-, 9-Yr Avg + 2-, 6-, 12-Yr Avg + 5-, 10-, 15-Year Averages + Prime Rate Forecast + MTA Rate Forecast + COFI Forecast + COSI Forecast + CODI Forecast

Variability Table + Changes of Direction + We have an expertise in locating mortgage professionals offering option ARM loans.

# Prime Rate: Historical Data

The prime rate is defined by The Wall Street Journal as "The base rate on corporate loans posted by at least 75% of the nation's 30 largest banks." The prime rate does not change at regular intervals.

### The Prime Rate Starting from December of 1947
The current prime rate is posted in our Current Mortgage Indexes table.

| Date of Change | Prime Rate | Date of Change | Prime Rate | Date of Change | Prime Rate | Date of Change | Prime Rate |
|---|---|---|---|---|---|---|---|
| December 1, 1947 | 1.75 | April 11, 1974 | 10.00 | March 7, 1980 | 17.75 | December 20, 1984 | 10.75 |
| August 1, 1948 | 2.00 | April 19, 1974 | 10.25 | March 14, 1980 | 18.50 | January 15, 1985 | 10.50 |
| September 22, 1950 | 2.25 | April 25, 1974 | 10.50 | March 19, 1980 | 19.00 | May 20, 1985 | 10.00 |
| January 8, 1951 | 2.50 | May 2, 1974 | 10.75 | March 28, 1980 | 19.50 | June 18, 1985 | 9.50 |
| October 17, 1951 | 2.75 | May 6, 1974 | 11.00 | April 2, 1980 | 20.00 | March 7, 1986 | 9.00 |
| December 19, 1951 | 3.00 | May 10, 1974 | 11.25 | April 18, 1980 | 19.50 | April 23, 1986 | 8.50 |
| April 27, 1953 | 3.25 | May 17, 1974 | 11.50 | May 1, 1980 | 18.75 | July 16, 1986 | 8.00 |
| March 17, 1954 | 3.00 | June 26, 1974 | 11.75 | May 2, 1980 | 18.50 | August 27, 1986 | 7.50 |
| August 4, 1955 | 3.25 | July 5, 1974 | 12.00 | May 7, 1980 | 17.50 | April 1, 1987 | 7.75 |
| October 14, 1955 | 3.50 | October 7, 1974 | 11.75 | May 16, 1980 | 16.50 | May 8, 1987 | 8.00 |
| April 13, 1956 | 3.75 | October 21, 1974 | 11.50 | May 23, 1980 | 14.50 | May 15, 1987 | 8.25 |
| August 21, 1956 | 4.00 | October 28, 1974 | 11.25 | May 30, 1980 | 14.00 | September 4, 1987 | 8.75 |
| August 6, 1957 | 4.50 | November 4, 1974 | 11.00 | June 6, 1980 | 13.00 | October 5, 1987 | 9.25 |
| January 22, 1958 | 4.00 | November 14, 1974 | 10.75 | June 13, 1980 | 12.25 | October 23, 1987 | 9.00 |
| April 21, 1958 | 3.50 | November 25, 1974 | 10.50 | June 20, 1980 | 12.00 | November 12, 1987 | 8.75 |
| September 11, 1958 | 4.00 | January 9, 1975 | 10.25 | July 7, 1980 | 11.50 | February 2, 1988 | 8.50 |
| | | January 15, 1975 | 10.00 | July 25, 1980 | 11.00 | May 10, 1988 | 9.00 |
| May 18, 1959 | 4.50 | January 20, 1975 | 9.75 | August 22, 1980 | 11.25 | July 15, 1988 | 9.50 |
| | | | | August 27, 1980 | 11.50 | | |

Exhibit  D  Page  71    5/18/2007

Case 3:06-cv-07809-SC    Document 54-3    Filed 05/21/2007    Page 20 of 21

| Date | Rate | Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|---|---|
| September 1, 1959 | 5.00 | January 28, 1975 | 9.50 | September 8, 1980 | 12.00 | August 11, 1988 | 10.00 |
| August 23, 1960 | 4.50 | February 3, 1975 | 9.25 | September 12, 1980 | 12.25 | November 28, 1988 | 10.50 |
| December 6, 1965 | 5.00 | February 10, 1975 | 9.00 | September 19, 1980 | 12.50 | February 10, 1989 | 11.00 |
| March 10, 1966 | 5.50 | February 18, 1975 | 8.75 | September 26, 1980 | 13.00 | February 24, 1989 | 11.50 |
| June 29, 1966 | 5.75 | February 24, 1975 | 8.50 | October 1, 1980 | 13.50 | June 5, 1989 | 11.00 |
| August 16, 1966 | 6.00 | March 5, 1975 | 8.25 | October 17, 1980 | 14.00 | July 31, 1989 | 10.50 |
| January 27, 1967 | 5.75 | March 10, 1975 | 8.00 | October 29, 1980 | 14.50 | January 8, 1990 | 10.00 |
| March 27, 1967 | 5.50 | March 18, 1975 | 7.75 | November 6, 1980 | 15.50 | January 2, 1991 | 9.50 |
| November 20, 1967 | 6.00 | March 24, 1975 | 7.50 | November 17, 1980 | 16.25 | February 4, 1991 | 9.00 |
| April 19, 1968 | 6.50 | May 20, 1975 | 7.25 | November 21, 1980 | 17.00 | April 24, 1991 | 9.00 |
| September 25, 1968 | 6.25 | June 9, 1975 | 7.00 | November 26, 1980 | 17.75 | May 1, 1991 | 8.50 |
| December 2, 1968 | 6.50 | July 18, 1975 | 7.25 | December 2, 1980 | 18.50 | September 13, 1991 | 8.00 |
| December 18, 1968 | 6.75 | July 28, 1975 | 7.50 | December 5, 1980 | 19.00 | November 6, 1991 | 7.50 |
| January 7, 1969 | 7.00 | August 12, 1975 | 7.75 | December 10, 1980 | 20.00 | December 23, 1991 | 6.50 |
| March 17, 1969 | 7.50 | September 15, 1975 | 8.00 | December 16, 1980 | 21.00 | July 2, 1992 | 6.00 |
| June 9, 1969 | 8.50 | October 27, 1975 | 7.75 | December 19, 1980 | 21.50 | March 24, 1994 | 6.25 |
| March 25, 1970 | 8.00 | November 5, 1975 | 7.50 | January 2, 1981 | 20.50 | April 19, 1994 | 6.75 |
| September 21, 1970 | 7.50 | December 2, 1975 | 7.25 | January 9, 1981 | 20.00 | May 17, 1994 | 7.25 |
| November 12, 1970 | 7.25 | January 12, 1976 | 7.00 | February 3, 1981 | 19.50 | August 16, 1994 | 7.75 |
| November 23, 1970 | 7.00 | January 21, 1976 | 6.75 | February 23, 1981 | 19.00 | November 15, 1994 | 8.50 |
| December 22, 1970 | 6.75 | June 1, 1976 | 7.00 | March 10, 1981 | 18.00 | February 1, 1995 | 9.00 |
| January 6, 1971 | 6.50 | June 7, 1976 | 7.25 | March 17, 1981 | 17.50 | July 7, 1995 | 8.75 |
| January 15, 1971 | 6.25 | August 2, 1976 | 7.00 | April 2, 1981 | 17.00 | December 20, 1995 | 8.50 |
| January 18, 1971 | 6.00 | October 4, 1976 | 6.75 | April 24, 1981 | 17.50 | February 1, 1996 | 8.25 |
| February 16, 1971 | 5.75 | November 1, 1976 | 6.50 | April 30, 1981 | 18.00 | March 26, 1997 | 8.50 |
| March 11, 1971 | 5.38 | December 13, 1976 | 6.25 | May 4, 1981 | 19.00 | September 30, 1998 | 8.25 |
| March 19, 1971 | 5.25 | May 13, 1977 | 6.50 | May 11, 1981 | 19.50 | October 16, 1998 | 8.00 |
| April 23, 1971 | 5.38 | May 31, 1977 | 6.75 | May 19, 1981 | 20.00 | November 18, 1998 | 7.75 |
| May 11, 1971 | 5.50 | August 22, 1977 | 7.00 | May 22, 1981 | 20.50 | July 1, 1999 | 8.00 |
| July 6, 1971 | 5.75 | September 16, 1977 | 7.25 | June 3, 1981 | 20.00 | August 25, 1999 | 8.25 |
| July 7, 1971 | 6.00 | October 7, 1977 | 7.50 | July 8, 1981 | 20.50 | November 17, 1999 | 8.50 |
| October 20, 1971 | 5.75 | October 24, 1977 | 7.75 | September 15, 1981 | 19.50 | February 3, 2000 | 8.75 |
| November 4, 1971 | 5.50 | January 10, 1978 | 8.00 | October 5, 1981 | 19.00 | March 22, 2000 | 9.00 |
| December 31, 1971 | 5.25 | May 5, 1978 | 8.25 | October 13, 1981 | 18.00 | May 17, 2000 | 9.50 |
| January 24, 1972 | 5.00 | May 26, 1978 | 8.50 | November 3, 1981 | 17.50 | January 4, 2001 | 9.00 |
| January 31, 1972 | 4.75 | June 16, 1978 | 8.75 | November 9, 1981 | 17.00 | February 1, 2001 | 8.50 |
| April 5, 1972 | 5.00 | June 30, 1978 | 9.00 | November 17, 1981 | 16.75 | March 21, 2001 | 8.00 |
| June 26, 1972 | 5.25 | August 31, 1978 | 9.25 | November 20, 1981 | 16.50 | April 19, 2001 | 7.50 |
| August 29, 1972 | 5.50 | September 15, 1978 | 9.50 | November 24, 1981 | 16.00 | May 16, 2001 | 7.00 |
| October 4, 1972 | 5.75 | September 28, 1978 | 9.75 | December 3, 1981 | 15.75 | June 28, 2001 | 6.75 |
| December 27, 1972 | 6.00 | October 13, 1978 | 10.00 | February 8, 1982 | 16.50 | August 22, 2001 | 6.50 |
| February 27, 1973 | 6.25 | October 27, 1978 | 10.25 | February 18, 1982 | 17.00 | September 18, 2001 | 6.00 |
| March 26, 1973 | 6.50 | November 1, 1978 | 10.50 | February 23, 1982 | 16.50 | October 3, 2001 | 5.50 |
| April 18, 1973 | 6.75 | November 6, 1978 | 10.75 | July 20, 1982 | 16.00 | November 7, 2001 | 5.00 |
| May 7, 1973 | 7.00 | November 17, 1978 | 11.00 | July 29, 1982 | 15.50 | December 12, 2001 | 4.75 |
| May 25, 1973 | 7.25 | November 24, 1978 | 11.50 | August 2, 1982 | 15.00 | November 7, 2002 | 4.25 |
| June 8, 1973 | 7.50 | December 26, 1978 | 11.75 | August 16, 1982 | 14.50 | June 27, 2003 | 4.00 |
| June 25, 1973 | 7.75 | June 19, 1979 | 11.50 | August 18, 1982 | 14.00 | July 1, 2004 | 4.25 |
| July 3, 1973 | 8.00 | July 27, 1979 | 11.75 | September 3, 1982 | 13.50 | August 11, 2004 | 4.50 |
| July 9, 1973 | 8.25 | August 16, 1979 | 12.00 | October 7, 1982 | 13.00 | September 21, 2004 | 4.75 |
| July 18, 1973 | 8.50 | August 28, 1979 | 12.25 | October 13, 1982 | 12.00 | November 11, 2004 | 5.00 |
| July 30, 1973 | 8.75 | September 14, 1979 | 13.00 | | | | |
| August 6, 1973 | 9.00 | September 21, 1979 | 13.25 | | | December 15, | |
| August 13, 1973 | 9.25 | | | | | | |

| Date | Rate | Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|---|---|
| August 22, 1973 | 9.50 | September 28, 1979 | 13.50 | November 22, 1982 | 11.50 | 2004 | 5.25 |
| August 28, 1973 | 9.75 | October 9, 1979 | 14.50 | January 11, 1983 | 11.00 | February 3, 2005 | 5.50 |
| September 18, 1973 | 10.00 | October 23, 1979 | 15.00 | February 21, 1983 | 10.50 | March 22, 2005 | 5.75 |
| October 24, 1973 | 9.75 | November 1, 1979 | 15.25 | August 8, 1983 | 11.00 | May 3, 2005 | 6.00 |
| January 29, 1974 | 9.50 | November 9, 1979 | 15.50 | March 19, 1984 | 11.50 | June 30, 2005 | 6.25 |
| February 11, 1974 | 9.25 | November 16, 1979 | 15.75 | April 5, 1984 | 12.00 | August 9, 2005 | 6.50 |
| February 19, 1974 | 9.00 | November 30, 1979 | 15.50 | May 8, 1984 | 12.50 | September 20, 2005 | 6.75 |
| February 25, 1974 | 8.75 | December 7, 1979 | 15.25 | June 26, 1984 | 13.00 | November 1, 2005 | 7.00 |
| March 22, 1974 | 9.00 | February 19, 1980 | 15.75 | September 27, 1984 | 12.75 | December 13, 2005 | 7.25 |
| March 29, 1974 | 9.25 | February 22, 1980 | 16.38 | October 16, 1984 | 12.50 | January 31, 2006 | 7.50 |
| April 3, 1974 | 9.50 | February 29, 1980 | 16.75 | October 24, 1984 | 12.00 | March 28, 2006 | 7.75 |
| April 5, 1974 | 9.75 | March 4, 1980 | 17.25 | November 9, 1984 | 11.75 | May 11, 2006 | 8.00 |
| | | | | November 28, 1984 | 11.25 | June 29, 2006 | 8.25 |

---

Interest Rate Forecasting: Economic Indicators  |  Mortgage Market Survey  |  Interest Rate Trends

Treasury Market and Mortgage Rates  |  Historical Mortgage Rate Data  |  Mortgage Indexes

---

Mortgage Lender Directory + Find The Best Mortgage + Search Mortgage Rates





Mortgage professionals are welcome to participate!

Home + About Us + Contact Us + Disclaimer + Privacy Policy

Mortgage-X is an independent information service and is not affiliated with any lending institution.

Copyright © 1998-2007 Mortgage-X.com
All Rights Reserved

Exhibit ___D___ Page ___73___