CALVIN E. DAVIS (SBN: 101640)
GARY J. LORCH (SBN: 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>　　　　　　　Defendants. | Case No. CV 06-7809 WDB<br><br>**NOTICE OF NON-RECEIPT OF ANY RESPONSE FROM DEFENDANT HERITAGE REAL ESTATE, INC. TO APPLICATION FOR DEFAULT JUDGMENT AND TO SUPPLEMENTAL SUBMISSION RE SAME**<br><br>Date: June 27, 2007<br>Time: 1:30 p.m.<br>Crtm: 4 |

**TO THIS HONORABLE COURT, TO DEFENDANT HERITAGE REAL ESTATE, INC., AND TO ALL OTHER DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

As of June 12, 2007, Plaintiff Century 21 Real Estate LLC ("Century 21") has not received any response from Defendant Heritage Real Estate, Inc. ("Heritage") to Century 21's Application for Default Judgment. Nor has Century 21 received any response from Heritage to Century 21's Response to this Court's May 4, 2007, Order for Supplemental Submissions Re Application for Default Judgment ("May 4 Order"). Nor does this Court's Docket Sheet reflect the filing by or on behalf of Heritage of any response to the Application for Default Judgment or to the May 4 Order.

Century 21 again requests entry of Judgment against Heritage.

Respectfully submitted.

Dated: June 12, 2007

CALVIN E. DAVIS
GARY J. LORCH
GORDON & REES LLP


By:_____/S/_____
    GARY J. LORCH
Attorneys for Plaintiff CENTURY 21 REAL ESTATE LLC

-3-
**NOTICE OF NON-RECEIPT- CASE NO. CV 06-7809 WDB**

PROOF OF SERVICE
*Century 21 Real Estate v. Heritage Real Estate Inc., et al.*
Case No. CV 06-7809 WDB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On June 12, 2007, I served a copy of the following documents as follows:

**NOTICE OF NON-RECEIPT OF ANY RESPONSE FROM DEFENDANT HERITAGE REAL ESTATE, INC. TO APPLICATION FOR DEFAULT JUDGMENT AND TO SUPPLEMENTAL SUBMISSION RE SAME**

☒ **VIA OVERNIGHT:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as set forth below.

☒ **CERTIFIED MAIL:** by placing the document(s) listed above in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached Service List, with postage thereon fully prepaid, marked certified and return receipt requested, to be deposited with the United States mail at Los Angeles, California that same day in the ordinary course of business.

| *Defendant:*<br><br>Heritage Real Estate, Inc.<br>c/o John W. Schlendorf, Jr.<br>109 Raven Court<br>Danville, CA 94526<br>Tel: (925) 837-7723 | *Fedex Tracking No.*<br>7907 5965 1245<br><br>*Certified Mail-Return Receipt Requested:*<br>7099 3400 0015 1386 6879 |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

-2-
**NOTIC E OF NON-RECEIPT- CASE NO. CV 06-7809 WDB**

1  I declare under penalty of perjury under the laws of the United States of
2  America that the above is true and correct.

3  Executed on June 12, 2007, at Los Angeles, California.

/S/<br>Mila Owen

PROOF OF SERVICE
*Century 21 Real Estate v. Heritage Real Estate Inc., et al.*
Case No. CV 06-7809 WDB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On June 12, 2007, I served a copy of the following documents on the interested parties as follows:

**NOTICE OF NON-RECEIPT OF ANY RESPONSE FROM DEFENDANT HERITAGE REAL ESTATE, INC. TO APPLICATION FOR DEFAULT JUDGMENT AND TO SUPPLEMENTAL SUBMISSION RE SAME**

☒ VIA U. S. MAIL: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☐ VIA OVERNIGHT: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as set forth on the service list.

☐ VIA FACSIMILE: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ VIA PERSONAL DELIVERY: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

John Kelly, Esq.
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377
***Attorneys for Defendants John Schlendorf, Susanna Schlendorf and Sereta Churchill***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 12, 2007, at Los Angeles, California.

/S/<br>Mila Owen

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/110938v.1

-5-
**NOTICE OF NON-RECEIPT- CASE NO. CV 06-7809 WDB**