UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: June 27, 2007              Time: 1:35 p.m.

DOCKET NO.          C-06-7809 WDB

TITLE OF CASES      *Century 21 Real Estate, LLC v. Heritage Real Estate, Inc., et al*

ATTORNEY(S)         Gary J. Lorch, Esq. for plaintiffs
                    No appearance for defendants

COURT REPORTER/TAPE NO., SIDE, REEL NO.:      David Disborow / Tape No. FTR 6-27-07

PROCEEDINGS

[] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)   [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)      [] EVIDENTIARY HEARING
[x] OTHER: Motion for Default Judgment

Case Continued to ____ for _____
ORDER TO BE PREPARED BY: () Plaintiff   () Defendant   (X) Court

**NOTES**
   No representative appeared for defendant Heritage.  Court heard oral argument with respect to the motion for default judgment against Heritage.  See separate report and recommendation to follow.

1