UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
CENTURY 21 REAL ESTATE, LLC,        )   Case No. 06-7809  SC
                                    )
          Plaintiff,                )
                                    )
     v.                             )   ORDER
                                    )
HERITAGE REAL ESTATE, INC., et al., )
                                    )
          Defendants.               )
_____)
```

The Court has read and considered the Report and Recommendation of Magistrate Judge Wayne D. Brazil dated July 6, 2007, and has approved all of the Recommendations as set forth in said Report.

The Plaintiff is hereby ordered to prepare a proposed Judgment and Order consistent with said Recommendations and submit said proposed Order to this Court within 15 days hereof.

IT IS SO ORDERED.

Dated: July 11, 2007

_____
UNITED STATES DISTRICT JUDGE