1  CALVIN E. DAVIS (State Bar No. 101640)
   GARY J. LORCH (State Bar No. 119989)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470
   Email: cdavis@gordonrees.com
5  Email: glorch@gordonrees.com

6  Attorneys for Plaintiff
   CENTURY 21 REAL ESTATE LLC
7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

10
   CENTURY 21 REAL ESTATE LLC, a      )  Case No. C 06-7809 SC
11 Delaware limited liability company, )
   formerly known as CENTURY 21 REAL )  **PROOF OF SERVICE OF**
12 ESTATE CORPORATION, a Delaware    )  **ORDER FOR REASSIGNMENT**
   corporation,                       )  **AND REPORT AND**
13                                    )  **RECOMMENDATION RE**
                  Plaintiff,          )  **APPLICATION FOR DEFAULT**
14                                    )  **JUDGMENT**
        vs.                           )
15                                    )
   HERITAGE REAL ESTATE, INC., a      )
16 California corporation doing business as )
   CENTURY 21 HERITAGE REAL          )
17 ESTATE and HERITAGE REAL          )
   ESTATE; JOHN W. SCHLENDORF,        )
18 JR., an individual; SUSANNA        )
   SCHLENDORF, an individual; and     )
19 SERETA CHURCHILL, an individual,   )
                                      )
20              Defendants.           )

21      I am a resident of the State of California, over the age of eighteen years, and

22 not a party to the within action. My business address is: Gordon & Rees LLP 633

23 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On July 9, 2007, I served

24 the following document:

25 **ORDER FOR REASSIGNMENT AND REPORT AND
   RECOMMENDATION RE APPLICATION FOR DEFAULT**
26 **JUDGMENT**

27 ☐  by transmitting via facsimile the document(s) listed above to the fax
       number(s) set forth below on this date before 5:00 p.m.
28

-1-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB

1  ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

2

3  ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

4

5  John Kelly, Esq.
YOUNGMAN, ERICSSON & LOW, LLP
6  1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
7  Tel: (925) 930-6000
Fax: (925) 934-5377
8  ***Attorneys for Defendants John Schlendorf,
Susanna Schlendorf and Sereta Churchill***

9

10   I am readily familiar with the firm's practice of collection and processing

11  correspondence for mailing. Under that practice it would be deposited with the

12  U.S. Postal Service on that same day with postage thereon fully prepaid in the

13  ordinary course of business. I am aware that on motion of the party served, service

14  is presumed invalid if postal cancellation date or postage meter date is more than

15  one day after the date of deposit for mailing in affidavit.

16   I declare under penalty of perjury under the laws of the State of California

17  that the above is true and correct.

18   Executed on July 11, 2007, at Los Angeles, California.

19

20          /s/ Woody Doolittle          ;
            Woody Doolittle

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1041334/109915v.1

-2-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB