1  CALVIN E. DAVIS (State Bar No. 101640)
2  GARY J. LORCH (State Bar No. 119989)
   GORDON & REES LLP
3  633 West Fifth Street, Suite 4900
   Los Angeles, CA 90071
4  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
5  Email: cdavis@gordonrees.com
   Email: glorch@gordonrees.com

6  Attorneys for Plaintiff
   CENTURY 21 REAL ESTATE LLC
7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

10

11  CENTURY 21 REAL ESTATE LLC, a            )  Case No. C 06-7809 SC
    Delaware limited liability company,      )
12  formerly known as CENTURY 21 REAL        )  **PROOF OF SERVICE BY MAIL**
    ESTATE CORPORATION, a Delaware           )  **AND BY PERSONAL DELIVERY**
13  corporation,                             )  **OF ORDER FOR**
                                             )  **REASSIGNMENT AND REPORT**
14              Plaintiff,                   )  **AND RECOMMENDATION RE**
                                             )  **APPLICATION FOR DEFAULT**
15       vs.                                 )  **JUDGMENT TO LAST KNOWN**
                                             )  **ADDRESS FOR HERITAGE**
16  HERITAGE REAL ESTATE, INC., a            )  **REAL ESTATE, INC.**
    California corporation doing business as )
17  CENTURY 21 HERITAGE REAL                 )
    ESTATE and HERITAGE REAL                 )
18  ESTATE; JOHN W. SCHLENDORF,              )
    JR., an individual; SUSANNA              )
19  SCHLENDORF, an individual; and           )
    SERETA CHURCHILL, an individual,         )
20                                           )
                Defendants.                  )

21       I am a resident of the State of California, over the age of eighteen years, and

22  not a party to the within action. My business address is: Gordon & Rees LLP 633

23  West Fifth Street, Suite 4900, Los Angeles, CA 90071. On July 11, 2007, I

24  caused the following document to be served:

25       **ORDER FOR REASSIGNMENT AND REPORT AND
         RECOMMENDATION RE APPLICATION FOR DEFAULT**
26       **JUDGMENT**

27  ☐    by transmitting via facsimile the document(s) listed above to the fax
         number(s) set forth below on this date before 5:00 p.m.
28

-1-

PROOF OF SERVICE
CASE NO. C 06-7809 WDB

☒ by having it delivered to the last known address for Heritage Real Estate, Inc. to the attention of the Company and individual set forth below. A true and correct copy of the proof of hand delivery is attached hereto as Exhibit "A".

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

Heritage Real Estate, Inc.
c/o John William Schlendorf, Jr.
109 Raven Court
Danville, Ca 94526
**Debtors**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2007, at Los Angeles, California.

/s/ Woody Doolittle                :
Woody Doolittle

# EXHIBIT A

| | | |
|---|---|---|
| Calvin E. Davis<br>GORDON & REES, LLP<br>633 West Fifth Street, Suite 4900  Los Angeles, CA 90071 | SBN: (SBN: 101640) | FOR COURT USE ONLY |
| TELEPHONE NO.: (213) 576-5000  FAX NO. (Optional): (213) 680-4470<br>E-MAIL ADDRESS (Optional): | | |

UNITED STATES DISTRICT COURT
  STREET ADDRESS: 1301 Clay Street, South Tower, Suite 4005
  MAILING ADDRESS:
  CITY AND ZIP CODE: Oakland, CA 94612
  BRANCH NAME: Northern District - Oakland Division

PLAINTIFF (name each): CENTRUY 21 REAL ESTATE, LLC
DEFENDANT (name each): HERITAGE REAL ESTATE, INC.

CASE NUMBER: C06-7809 WDB

| PROOF OF HAND DELIVERY | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>609672 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

Order For Reassignment And Report And Recommendation Re Application For Default Judgment; Proof of Service Of Order For Reassignment And Report And Recommendation Re Application For Default Judgment

NAME OF ATTORNEY: HERITAGE REAL ESTATE, INC. c/o JOHN W. SCHLENDORF, JR.

DELIVERED TO: Left In Mailbox - No Answer at Door - Personal per CCP 1011. During Reg. Business Hours

DATE & TIME OF DELIVERY: 07/11/2007
12:01 pm

ADDRESS, CITY, AND STATE: 109 Raven Court
Danville, CA 94526

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP §1011(1)]

Fee for Service: 150.00
  County: Alameda
  Registration No.: 683
  INTERCEPTOR Legal Support
  Service, Inc.
  55 Santa Clara Ave.  Ste 120
  Oakland, CA 94610
  (510) 419-3940

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 11, 2007.

Signature: /s/ Cecil Woofur

PROOF OF HAND DELIVERY