CALVIN E. DAVIS (State Bar No. 101640)
GARY J. LORCH (State Bar No. 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
Email: glorch@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | Case No. C 06-7809 SC<br><br>**[PROPOSED] DEFAULT JUDGMENT BY COURT** |

This matter having come on for hearing before the Court on the application by Plaintiff Century 21 Real Estate LLC for entry of default judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

/ / /

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Century 21 Real Estate LLC recover from Defendant Heritage Real Estate, Inc. the principal amount of $6,987,584.24, plus pre-judgment interest thereon at the daily rate of $341.23 from August 30, 2006, to the date Judgment is entered, for a total award of pre-judgment interest of $_____, plus attorney's fees and costs of suit in the amount of 28,135.64, for a total of $_____.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Century 21 Real Estate LLC is a secured creditor, and is entitled to immediate possession from Defendant Heritage Real Estate, Inc. of all furniture, furnishings, equipment, real estate listings and listing agreements, and related rights thereto, which are located at or which are related to the residential real estate brokerage business which had been and/or is being conducted by said Defendant, including all proceeds and products therefrom, and all substitutions, replacements, additions and accessions thereto, together with all property and rights hereafter acquired by Defendant Heritage Real Estate, Inc. Defendant Heritage Real Estate, Inc. immediately shall deliver possession of all such property to Plaintiff Century 21 Real Estate LLC or to its legal representative. In the event that Defendant Heritage Real Estate, Inc. fails to deliver possession of said property, at the request of Century 21 Real Estate LLC the United States Marshall is authorized and directed to seize said property and to deliver same to Plaintiff Century 21 Real Estate LLC or its legal representative.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Heritage Real Estate, Inc. shall make available to Plaintiff Century 21 Real Estate LLC for inspection and audit all of its books, records and other business and financial documents as may be requested by the auditor for the period from September 1, 2004, through August 29, 2006, to permit Plaintiff and its representatives to conduct an audit in order to determine any additional amounts due and owing from said Defendant to Plaintiff. Notice of the audit findings shall be provided to

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

Defendant Heritage Real Estate, Inc., and said Defendant shall have thirty (30) days after service of the audit findings to respond. To the extent any further amounts are found to be due and owing, this Judgment shall be amended to include said amounts.

**IT IS SO ORDERED**.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

**[PROPOSED] JUDGMENT
CASE NO. C 06-7809 SC**

PROOF OF SERVICE

*Century 21 Real Estate v. Heritage Real Estate Inc., et al.*
Case No. CV 06-7809 SC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On July 20, 2007, I served a copy of the **[PROPOSED] DEFAULT JUDGMENT BY COURT** as indicated below on the following interested parties:

☒ **VIA OVERNIGHT:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as set forth below.

☒ **CERTIFIED MAIL:** by placing the document(s) listed above in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached Service List, with postage thereon fully prepaid, marked certified and return receipt requested, to be deposited with the United States mail at Los Angeles, California that same day in the ordinary course of business.

☒ **VIA U. S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

| | |
|---|---|
| *Defendant:*<br><br>Heritage Real Estate, Inc.<br>c/o John W. Schlendorf, Jr.<br>109 Raven Court<br>Danville, CA 94526<br><br>Tel: (925) 837-7723 | *Via Federal Express*<br>*Fedex Tracking No.*<br>7907 8775 5200<br><br>*Via Certified Mail*:<br>*Certified Mail-Return Receipt Requested:*<br>7099 3400 0015 1386 6961 |
| John Kelly, Esq.<br>YOUNGMAN, ERICSSON & LOW, LLP<br>1981 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Tel: (925) 930-6000<br>Fax: (925) 934-5377<br>*Attorneys for Defendants John Schlendorf, Susanna Schlendorf and Sereta Churchill* | *Via U. S. Mail* |

/ / /

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

-4-
**[PROPOSED] JUDGMENT**
**CASE NO. C 06-7809 SC**

1        I am readily familiar with the firm's practice of collection and processing

2    correspondence for mailing.  Under that practice it would be deposited with the

3    U.S. Postal Service on that same day with postage thereon fully prepaid in the

4    ordinary course of business.  I am aware that on motion of the party served, service

5    is presumed invalid if postal cancellation date or postage meter date is more than

6    one day after the date of deposit for mailing in affidavit.

7        I declare under penalty of perjury under the laws of the United States of

8    America that the above is true and correct.

9        Executed on July 20, 2007, at Los Angeles, California.

10

11                        / S /

                     Mila Owen

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

**[PROPOSED] JUDGMENT**
**CASE NO.  C 06-7809 SC**