United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE REAL ESTATE, INC., a California corporation doing business as CENTURY 21 HERITAGE REAL ESTATE and HERITAGE REAL ESTATE; JOHN W. SCHLENDORF, JR., an individual; SUSANNA SCHLENDORF, an individual; and SERETA CHURCHILL, an individual,<br><br>Defendants. | No. C-06-7809 SC<br><br>DEFAULT JUDGMENT |

Plaintiff Century 21 Real Estate LLC moved for entry of default judgment after Defendants Heritage Real Estate et al. failed to respond to a properly served complaint. Having fully considered the evidence and issues presented, it is hereby ORDERED AND ADJUDGED that Plaintiff Century 21 Real Estate LLC recover from Defendant Heritage Real Estate, Inc. the principal amount of $6,987,584.24, plus pre-judgment interest thereon at the daily rate of $341.23 from August 30, 2006 to August 1, 2007, the date Judgment is entered, for a total award of pre-judgment interest of $114,653.28, plus attorney's fees and costs of suit in the amount of 28,135.64, for a total of $7,130,373.16.

It is further ORDERED AND ADJUDGED that Plaintiff Century 21 Real Estate LLC is a secured creditor, and is entitled to immediate possession from Defendant Heritage Real Estate, Inc. of all furniture, furnishings, equipment, real estate listings and listing agreements, and related rights thereto, which are located at or which are related to the residential real estate brokerage business which had been and/or is being conducted by said Defendant, including all proceeds and products therefrom, and all substitutions, replacements, additions and accessions thereto, together with all property and rights hereafter acquired by Defendant Heritage Real Estate, Inc.  Defendant Heritage Real Estate, Inc. immediately shall deliver possession of all such property to Plaintiff Century 21 Real Estate LLC or to its legal representative.  In the event that Defendant Heritage Real Estate, Inc. fails to deliver possession of said property, at the request of Century 21 Real Estate LLC the United States Marshall is authorized and directed to seize said property and to deliver same to Plaintiff Century 21 Real Estate LLC or its legal representative.

It is further ORDERED AND ADJUDGED that Defendant Heritage Real Estate, Inc. shall make available to Plaintiff Century 21 Real Estate LLC for inspection and audit all of its books, records and other business and financial documents as may be requested by the auditor for the period from September 1, 2004, through August 29, 2006, to permit Plaintiff and its representatives to conduct an audit in order to determine any additional amounts due and owing from said Defendant to Plaintiff.  Notice of the audit

2

findings shall be provided to Defendant Heritage Real Estate, Inc., and said Defendant shall have thirty (30) days after service of the audit findings to respond.  To the extent any further amounts are found to be due and owing, this Judgment shall be amended to include said amounts.

    IT IS SO ORDERED.

    Dated: August 1, 2007



UNITED STATES DISTRICT JUDGE

3